HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
SUSAN G. O'NEILL, SBN 115133
soneill@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
GEOFFREY R. PITTMAN, SBN 253876
gpittman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Blue Diamond Growers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE DIAMOND GROWERS,<br><br>Defendant. | CASE NO. CV12-02724-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SEPTEMBER 12, 2012 CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 16-2(e), Plaintiff Chris Werdebaugh, on behalf of himself and all others similarly situated, and Defendant Blue Diamond Growers ("Blue Diamond"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Blue Diamond was served with the summons and plaintiff's complaint (the "Complaint") on June 28, 2012;

WHEREAS, pursuant to the parties' two prior stipulations, the current deadline for Blue Diamond to answer or otherwise respond to the Complaint is September 4, 2012;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26, the current deadline for the parties to submit their Joint Case Management Statement and to exchange initial disclosures is September 5, 2012;

1  WHEREAS, the initial case management conference is currently scheduled for
2  September 12, 2012 at 2:00 p.m.;
3  WHEREAS, given that Blue Diamond's responsive pleading is due just one day
4  before the parties' Joint Case Management Statement is due, the parties agree that
5  additional time is needed to meet and confer to prepare their Joint Case Management
6  Statement, to prepare their initial disclosures, and to otherwise prepare for the initial case
7  management conference;
8  WHEREAS, the date of the initial case management conference has not
9  previously been adjusted;
10  THEREFORE, the parties stipulate and agree, and respectfully request the Court
11  to order, as follows:
12  The initial case management conference is continued to **October 24, 2012 at 2:00**
13  **p.m.** All related deadlines, including those deadlines for completing the 26(f) conference,
14  the Joint Case Management Statement, and initial disclosures, are extended accordingly.

16  DATED: August 24, 2012                    HANSON BRIDGETT LLP

18                                             By: /S/ Megan Oliver Thompson[1]
19                                                 LAWRENCE M. CIRELLI
                                                   SUSAN G. O'NEILL
20                                                 MEGAN OLIVER THOMPSON
                                                   GEOFFREY R. PITTMAN
21                                                 Attorneys for Blue Diamond Growers

---

[1] Pursuant to Local Rule 5-1(i)(3), I, Megan Oliver Thompson - the ECF User whose User ID and Password are used in the filing of this Stipulation Continuing September 12, 2012 Case Management Conference - hereby attest that concurrence in the filing of this document has been obtained from each of its signatories.

DATED: August 24, 2012

Ben F. Pierce Gore
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008

By: /S/ Ben Pierce Gore
BEN F. PIERCE GORE
Attorney for Plaintiff

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: August 28, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH