UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated, ) ) ) | Case No.: 12-CV-02724-LHK |
| Plaintiff, ) ) v. ) ) BLUE DIAMOND GROWERS, ) ) Defendant. ) ) | ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT |

Pursuant to Local Rule 16-10(d), the parties were required to file a case management conference statement by January 23, 2013, seven days in advance of the parties' January 30, 2013 case management conference. The parties have not yet filed a case management conference statement. The parties are hereby ORDERED to file a case management conference statement by January 28, 2013.

**IT IS SO ORDERED.**

Dated: January 25, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-01666
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT