UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Werdebaugh, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiff(s),<br>　v.<br>Blue Diamond Growers,<br>　　　　　　　　　　Defendant(s). | Case No: CV 12-02724 LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, s/Colin Harvey Dunn, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Chris Werdebaugh, et al in the above-entitled action. My local co-counsel in this case is Ben F. Pierce Gore (#128515), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Clifford Law Offices, P.C.<br>120 North LaSalle, Suite 3100<br>Chicago, IL 60602 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Pratt & Associates<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 899-9090 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 429-6506 |
| MY EMAIL ADDRESS OF RECORD:<br>chd@cliffordlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pgore@prattattorneys.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6277408.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/21/13　　　　　　　　　　　　　　　　　　　　s/Colin Harvey Dunn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of s/Colin Harvey Dunn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 22, 2013　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge