HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
GEOFFREY R. PITTMAN, SBN 253876
gpittman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant Blue Diamond Growers

PRATT & ASSOCIATES
BEN F. PIERCE GORE, SBN 128515
pgore@prattattorneys.com
1871 The Alameda, Suite 425
San Jose, California 95126
Telephone:   (408) 429-6506
Facsimile:    (408) 369-0752

LOVELACE LAW FIRM, P.A.
DEWITT M. LOVELACE (admitted pro hac vice)
dml@lovelacelaw.com
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, Florida 32550
Telephone:   (850) 837-6020
Facsimile:    (850) 837-4093

Attorneys for Plaintiff Chris Werdebaugh

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE DIAMOND GROWERS,<br><br>Defendant. | CASE NO. 5:12-cv-02724 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND DISMISSAL WITH PREJUDICE OF SONG-BEVERLY ACT AND MAGNUSON-MOSS ACT CLAIMS**<br><br>Judge:  Hon. Lucy H. Koh |

5129435.1

-1-    4:12-cv-02724 LHK
STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND DISMISSAL
WITH PREJUDICE OF SONG-BEVERLY ACT AND MAGNUSON-MOSS ACT CLAIMS

Pursuant to the Court's Minute and Case Management Order dated May 1, 2013, the parties hereby stipulate and agree as follows:

WHEREAS, Blue Diamond contends that Plaintiff's Complaint is deficient in several respects and should be dismissed in its entirety;

WHEREAS, pursuant to the May 1, 2013 Minute and Case Management Order, the Court ordered the parties to meet and confer to discuss Blue Diamond's concerns regarding the sufficiency of the allegations in the Complaint and further ordered Blue Diamond to identify deficiencies in the Complaint that Plaintiffs will attempt to cure in an amended complaint;

WHEREAS, the parties have so met and conferred as required by the Court's May 1, 2013 Order;

WHEREAS, without waiving its alternative arguments for dismissal of each and every cause of action in the Complaint, Blue Diamond contends that Plaintiff's first, second, third, fourth, fifth, and sixth causes of action fail to meet the pleading requirement of Federal Rule of Civil Procedure 8(a), as well as the heightened pleading requirement of Federal Rule of Civil Procedure 9(b).  Accordingly, Blue Diamond identifies the following deficiencies in the allegations related to these causes of action:

- The Complaint fails to specify which Blue Diamond products are at issue in this case, i.e., which products, if any, were purchased by Plaintiff and when.
- The Complaint fails to specify which allegedly unlawful representations appeared on the particular Blue Diamond products allegedly purchased by Plaintiff.
- The Complaint fails to specify the particular state or federal regulations that Blue Diamond allegedly violated with respect to specific Blue Diamond products.
- The Complaint fails to specify how Blue Diamond allegedly violated particular state or federal regulations with respect to specific Blue Diamond products.

- The Complaint fails to clearly specify the particular statements Plaintiff relied upon when purchasing the identified Blue Diamond products and when Plaintiff so relied.
- The Complaint fails to sufficiently identify which particular Blue Diamond statements are allegedly likely to deceive reasonable consumers.
- The allegations referring generically to "Misbranded Food Products" are insufficient to specifically identify either the products at issue or the particular state or federal regulations allegedly violated.

THEREFORE, the parties hereby stipulate and agree as follows:

1. Plaintiff agrees to attempt to cure the above-identified deficiencies in the Complaint with an amended complaint to be filed by May 24, 2013.

2. Plaintiff agrees to dismiss with prejudice both the eighth cause of action for violation of the Song-Beverly Act and the ninth cause of action for violation of the Magnuson-Moss Act.

IT IS SO STIPULATED.

PRATT & ASSOCIATES

DATED: May 10, 2013           By: /S/ Ben F. Pierce Gore
                              Ben F. Pierce Gore
                              Attorneys for Plaintiff Chris Werdebaugh

HANSON BRIDGETT LLP

DATED:  May 10, 2013          By: /S/ Megan Oliver Thompson
                              Megan Oliver Thompson
                              Attorneys for Defendant Blue Diamond Growers

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____         _____
                              Hon. Lucy H. Koh
                              United States District/Magistrate Judge

5129435.1
-3-                                                  4:12-cv-02724 LHK
STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND DISMISSAL
WITH PREJUDICE OF SONG-BEVERLY ACT AND MAGNUSON-MOSS ACT CLAIMS

**L.R. 5-1(i)(3) Attestation**

I, Megan Oliver Thompson, am the ECF user whose ID and password are being used to file the parties' STIPULATION REGARDING AMENDED COMPLAINT. In compliance with L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in this filing from Ben F. Pierce Gore.

      /S/ Megan Oliver Thompson
      MEGAN OLIVER THOMPSON

5129435.1

-4-   4:12-cv-02724 LHK
STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND DISMISSAL WITH PREJUDICE OF SONG-BEVERLY ACT AND MAGNUSON-MOSS ACT CLAIMS