**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated, | Case No.: 12-CV-02724-LHK |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO STATE WHETHER IT INTENDS TO FILE A MOTION TO DISMISS |
| v. | |
| BLUE DIAMOND GROWERS, | |
| Defendant. | |

On June 18, 2013, the parties filed a stipulation requesting that the briefing schedule for the upcoming Motion for Class Certification be amended. ECF No. 42. The parties' stipulation does not state whether Defendant intends to file a Motion to Dismiss the First Amended Complaint. By 5:00 p.m. on June 19, 2013, Defendant shall file a notice informing the Court whether Defendant intends to file a Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-01666
ORDER REGARDING POTENTIAL MOTION TO DISMISS