UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated, ) ) ) | Case No.: 12-CV-02724-LHK |
| Plaintiff, ) v. ) ) BLUE DIAMOND GROWERS, ) ) Defendant. ) ) | ORDER REGARDING HEARING DATE ON MOTION TO DISMISS AND ORDER REGARDING CLASS CERTIFICATION BRIEFING |

On June 18, 2013, the parties filed a stipulation requesting that the briefing schedule for the upcoming Motion for Class Certification be amended. ECF No. 42. This Court subsequently ordered Defendant to file a notice stating whether it intended to file a Motion to Dismiss, as this might affect the schedule of the Motion for Class Certification. ECF No. 43. On June 19, 2013, Defendant stated that it intends to file a Motion to Dismiss. ECF No. 44. Accordingly, the Court ORDERS as follows:

(1) Defendant's Motion to Dismiss shall be heard on October 3, 2013, at 1:30 p.m. The parties' shall stipulate to a briefing schedule for the Motion to Dismiss, as long as the Reply brief is filed by September 12, 2013.

(2) The August 29, 2013 hearing on the Motion for Class Certification and the parties' class certification briefing schedule are VACATED.

(3) The Case Management Conference scheduled for August 29, 2013 is ADVANCED to

1

Case No.: 12-CV-02724
ORDER REGARDING HEARING DATE ON MOTION TO DISMISS AND ORDER REGARDING CLASS CERTIFICATION BRIEFING

1   August 21, 2013 at 2:00 p.m.  At the Case Management Conference, the parties
2   should be prepared to discuss a new date and briefing schedule for the Motion for
3   Class Certification as well as any other changes to the case schedule necessitated by
4   the new Class Certification date.

5   **IT IS SO ORDERED.**

6   Dated: June 24, 2013



LUCY H. KOH
United States District Judge

---

2
Case No.: 12-CV-02724
ORDER REGARDING HEARING DATE ON MOTION TO DISMISS AND ORDER REGARDING CLASS CERTIFICATION BRIEFING