Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE DIAMOND GROWERS,<br><br>Defendant. | Case No. 5:12-cv-02724-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND SCHEDULED MEDIATION DEADLINE**<br><br>Judge: Hon. Lucy H. Koh<br><br>Hearing Date: October 3, 2013<br><br>Mediation Deadline: July 12, 2013 |

Pursuant to the Court's scheduling Order of June 24, 2013 (Dkt. 45), the parties, through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 24, 2013, Defendant filed a Motion to Dismiss First Amended Complaint (Dkt. 46) (the "Motion");

WHEREAS, pursuant to Local Rule 7-3, Plaintiff's deadline to respond to the Motion is July 8, 2013;

WHEREAS, Plaintiff requires more time to prepare his response to the Motion;

WHEREAS, the parties have a pending mediation deadline of July 12, 2013, and believe that mediation will be more productive after the Court's ruling on Defendant's Motion;

The parties hereby STIPULATE that Plaintiff's Response to Defendant's Motion to

Dismiss shall be due on July 22, 2013, and Defendant's Reply shall be due on August 23, 2013, and the Hearing date remains unchanged and set for October 3, 2013 at 1:30 PM.

The parties further STIPULATE that the mediation deadline be re-scheduled to 60 days after the Court files its order on Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

IT IS SO STIPULATED.

Dated: July 1, 2013

/s/ *Pierce Gore*
Pierce Gore

Attorney for Plaintiff
Chris Werdebaugh

Dated: July 1, 2013

*/s/ Megan Oliver Thompson*
Megan Oliver Thompson
HANSON BRIDGETT LLP
moliverthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorney for Defendant
Blue Diamond Growers

**ORDER**

**IT IS SO ORDERED**, this the 23rd day of July, 2013.

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge
Northern District of California.

ATTESTATION

In compliance with Local Rule 5-1 (i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

 */s/ Pierce Gore*
BEN F. PIERCE GORE

2

Stipulation and [Proposed] Order Re Briefing Schedule on Defendant's Motion to Dismiss Amended Complaint
Case No. 5:12-cv-02724-LHK