UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated, ) ) ) | Case No.: 12-CV-02724-LHK |
| Plaintiff, ) ) v. ) ) | ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE |
| BLUE DIAMOND GROWERS, ) ) Defendant. ) ) | |

The Court continues the Case Management Conference schedule for August 21, 2013, to October 3, 2013, at 1:30 p.m.  The parties shall file a revised Joint Case Management Summary by September 26, 2013.

**IT IS SO ORDERED.**

Dated: August 20, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-01666
ORDER REGARDING POTENTIAL MOTION TO DISMISS