UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>BLUE DIAMOND GROWERS,<br><br>　　　　　　　　　　　Defendant. | Case No.: 12-CV-02724-LHK<br><br>ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS |

　　　A hearing on Defendant's Motion to Dismiss is scheduled for October 3, 2013, at 1:30 p.m. ECF No. 55. Pursuant to Civil Local Rule 7-1(b), the Court concludes that this matter is appropriate for determination without oral argument and accordingly VACATES the October 3, 2013 hearing. The Case Management Conference also scheduled for October 3, 2013, at 1:30 p.m. shall remain as set.

**IT IS SO ORDERED.**

Dated: October 1, 2013

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge