UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BLUE DIAMOND GROWERS,<br><br>　　　　　　　Defendant. | 5:12-cv-02724-LHK<br><br>**ORDER RELATING *WERDEBAUGH* AND *TCHAYELIAN* CASES**<br><br>[N.D. Cal. Civ. L.R. 3-12, 7-11]<br><br>Judge: Hon. Lucy H. Koh<br>Courtroom: 8 |
| LEVON TCHAYELIAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BLUE DIAMOND GROWERS, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.:  5:14-cv-00091-HRL |

- 1 -

ORDER RELATING *WERDEBAUGH* AND *TCHAYELIAN* CASES
Case Nos.: 5:12-cv-02724-LHK & 5:14-cv-91-HRL

# ORDER

Having considered the Administrative Motion to Consider Whether Cases Should Be Related and for good cause appearing,

IT IS HEREBY ORDERED as follows:

Pursuant to Local Rule 3-12, the Court finds and orders that the case of *Levon Tchayelian, et al. v. Blue Diamond Growers*, Case No. 5:14-cv-00091-HRL ("*Tchayelian*") is related to the case of *Chris Werdebaugh, et al. v. Blue Diamond Growers*, Case No. 5:12-cv-02724-LHK ("*Werdebaugh*").

Pursuant to the Assignment Plan and Local Rule 3-12(f)(3), the Clerk shall reassign the *Tchayelian* case to the Honorable Lucy H. Koh.

The Court sets a scheduling conference for both the *Werdebaugh* and *Tchayelian* cases on February 26, 2014 at 2:00 p.m. in Courtroom 8.

Dated: January 23, 2014

                             HON. LUCY H. KOH
                             United States District Judge