UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE DIAMOND GROWERS,<br><br>Defendant. | 5:12-cv-02724-LHK<br><br>**ORDER DENYING MOTION TO ENLARGE BRIEFING SCHEDULE** |

Defendant Blue Diamond Growers ("Blue Diamond") moves to enlarge its time to oppose Plaintiff Chris Werdebaugh's motion for class certification. *See* Dkt. 92. Werdebaugh opposes. *See* Dkt. 93. After considering the parties' arguments and the record in this and the related case, *Tchayelian v. Blue Diamond Growers*, No. 14-CV-00091 (N.D. Cal. filed Jan. 7, 2014), the Court DENIES Blue Diamond's request.

Blue Diamond presents no good cause for its requested delay. Werdebaugh has filed a motion to stay *Tchayelian*, *see* Dkt. 87, which the plaintiff in that case opposes, *see* Dkt. 94. Blue Diamond contends that, in light of *Tchayelian*'s uncertain status, an extension of the briefing schedule on Werdebaugh's class certification motion would conserve judicial resources, prevent unnecessary expense, and protect Blue Diamond from substantial prejudice. The Court fails to see how requiring Blue Diamond to respond to Werdebaugh's motion now will give either

- 1 -

Case Nos.: 5:12-cv-02724-LHK
*ORDER DENYING MOTION TO ENLARGE BRIEFING SCHEDULE*

1  Werdebaugh or Tchayelian an improper advantage. Blue Diamond already sought and received a
2  two-week extension to its opposition deadline, *see* Dkt. 85, giving it a total of nearly two months
3  to prepare its opposition. Blue Diamond now seeks an additional extension of four weeks, which
4  would extend the total briefing time past the hearing date currently set for Werdebaugh's motion.

5    Accordingly, Blue Diamond's request to enlarge the briefing schedule on Werdebaugh's
6  motion for class certification is DENIED.

7
8  Dated: March 6, 2014
                                          _____
                                          HON. LUCY H. KOH
9                                         United States District Judge

Case Nos.: 5:12-cv-02724-LHK
*ORDER DENYING MOTION TO ENLARGE BRIEFING SCHEDULE*