# EXHIBIT A

# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5    CHRIS WERDEBAUGH, individually

 6    and on behalf of others

 7    similarly situated,

 8                      Plaintiff,

 9    vs.                             CASE NUMBER

10    BLUE DIAMOND GROWERS,           4:12-cv-0274 LHK

11                      Defendant.

12    _____

13

14    VIDEOTAPED DEPOSITION OF CHRISTOPHER WERDEBAUGH

15                SAN FRANCISCO, CALIFORNIA

16                 FRIDAY, FEBRUARY 7, 2014

17                        VOLUME I

18

19

20    REPORTED BY:

21    THOMAS J. FRASIK

22    RPR, CSR No. 6961

23    JOB No. 1800953

24

25    PAGES 1 - 159
```

Veritext National Deposition & Litigation Services
866 299-5127

1        Q.   And what is it about evaporated cane juice that

2    raises questions in your mind?

3        A.   I've never heard of it before and I'm assuming

4    that it was a natural juice that was extracted from the

5    almond.                                                    10:21:12

6        Q.   And what was it about potassium citrate that

7    raised questions for you?

8        A.   I have no clue what it is, actually, and I

9    certainly didn't think it was an artificial ingredient

10   being that it was all natural, labeled on the front.      10:21:45

11       Q.   We'll talk more about those in a little bit.

12   Let me ask you, as you sit here today, do you know

13   whether potassium citrate is an artificial or a natural

14   ingredient?

15       A.   I do not.                                         10:22:09

16       Q.   Have you ever done any type of research to try

17   to figure out what potassium citrate is?

18       A.   I didn't, actually.

19       Q.   And the same question with respect to

20   evaporated cane juice, do you know as you sit here today  10:22:33

21   whether that's a natural or an artificial ingredient?

22       A.   After speaking with Pierce, I do know now that

23   it's the equivalent of table sugar.  I did not know that

24   when I made the purchase.

25            MR. GORE:   You understand, of course, Larry,    10:22:57

Page 32

1           MR. GORE:  I'd like to try to stay off your

2    record to the maximum extent possible, so that's fair.

3    Thank you.

4    BY MR. CIRELLI:

5           Q.   Independent of any conversation with Pierce,      10:24:17

6    have you ever determined in any other way what

7    evaporated cane juice is?

8           A.   No.

9           Q.   Have you done any research regarding it?

10          A.   None.                                             10:24:27

11          Q.   If the label on the Blue Diamond Almond Breeze

12   that you bought said sugar instead of evaporated cane

13   juice, would you have bought it anyway?

14          MR. GORE:  Objection.  Calls for speculation.

15   Assumes facts not in evidence.                                10:24:43

16          You may answer.

17          THE WITNESS:  At the time, I had -- I had not

18   realized that there was actually different types.

19   BY MR. CIRELLI:

20          Q.   Different types of what?                          10:24:54

21          A.   Of -- that you had just mentioned if there was

22   sugar or sugarless.

23          Q.   Okay.  But my question was if -- the label on

24   the Almond Breeze product that you bought, one of the

25   ingredients, as I understand from your testimony, was        10:25:24

                                                                  Page 34

1    evaporated cane juice; correct?

2         A.  Correct.

3         Q.  And the first time you ever bought that

4    product, did you look at the label and see that term,

5    "evaporated cane juice"?                                10:25:34

6         A.  Yes, I did.  I did turn it over and see that.

7         Q.  And what type of cane did you understand that

8    referred to?

9              MR. GORE:  Objection.  Calls for speculation.

10             You may answer to the extent you know.        10:25:52

11   BY MR. CIRELLI:

12        Q.  At the time you read the label.

13        A.  I had -- I had no clue, to be honest.  I'm not

14   a chemist so I didn't know.

15        Q.  Did you understand it to be sugar cane?        10:26:06

16        A.  No, I did not.  I ...

17        Q.  Are you aware as you sit here today of any

18   other kind of cane that is used in the manufacture of

19   food products?

20        A.  Most packaging is labeled sugar that has it.   10:26:20

21   I've never seen that term before.

22        Q.  Can you think of any other type of cane that

23   you've ever seen in any food product other than sugar

24   cane?

25        A.  No.                                            10:26:35

Veritext National Deposition & Litigation Services
866 299-5127

1        Q.  I was just asking you what your definition of

2    "healthy" is, as you are using it, and you just

3    described it, and part and my question was whether there

4    was anything else that you consider when you're thinking

5    of something as being healthy.                          10:29:37

6        A.   It would not contain sugar and artificial

7    ingredients, I'd look out for those things for my

8    children mostly.

9        Q.   And other than no sugar and no artificial

10   ingredients, is there anything else that you look out    10:30:01

11   for for your children with respect to looking for

12   products as being healthy?

13       A.   Being natural is most -- as this one's claiming

14   as well.

15       Q.   Anything else?                                  10:30:15

16       A.   That's it.

17       Q.   Do you ever buy products that don't have

18   "natural" on the label?

19       A.   Yes.

20       Q.   Do you ever buy products that are not natural?   10:30:24

21       A.   Not natural?  Probably, yes.

22       Q.   Do you ever buy products with sugar in them?

23       A.   Yes.

24       Q.   Do you ever buy products with artificial

25   ingredients in them?                                     10:30:38

Page 38

1        A.   Yes.

2        Q.   Now, your attorney brought with him a package

3   of Blue Diamond Chocolate Almond Breeze; correct?

4        A.   Correct.

5        Q.   Did you buy this package of Breeze?          10:31:02

6        A.   No.

7        Q.   Do you know who did?

8        A.   Pierce did.

9        Q.   I believe that I have -- and Pierce can correct

10   me if I'm wrong.  I don't think we want to mark that and   10:31:29

11   attach it to the deposition.  It would be hard to staple

12   it.

13        MR. GORE:   No.  We brought it solely as a

14   visual aid.

15        MR. CIRELLI:   Why don't we -- I'm done with     10:31:44

16   this one.

17        Why don't we go ahead and mark this as the

18   first in order.

19        (Deposition Exhibit 1 was marked

20        for identification.)                             10:32:17

21   BY MR. CIRELLI:

22        Q.   I will represent to you, Mr. Werdebaugh, that

23   what has just been marked as Exhibit 1 are documents

24   that have been produced in this litigation on your

25   behalf by your attorney.                               10:32:51

Page 39

1     A.  Okay.

2     Q.  Do you recognize these documents?

3     A.  Yes.

4     Q.  And you'll see that there's numbers on the

5  bottom, they say CW and then a number?       10:33:06

6     A.  Correct.

7     Q.  So looking at CW 1 through 3, can you tell me

8  what that is?

9     A.  CW 1 is the front of the packaging, CW 2 is the

10  back of the packaging, CW 3 is the side of the     10:33:21

11  packaging.

12     Q.  And is this the front, back and side of the

13  packaging for the Almond Breeze product that you have

14  purchased in the past and that this lawsuit is about?

15     A.  Yes, it is.              10:33:38

16     Q.  The Chocolate Almond Breeze product?

17     A.  Yes, it is.

18     Q.  And as I understand it, you -- the only Almond

19  Breeze product flavor that you've ever purchased is

20  chocolate; is that correct?          10:33:50

21     A.  Yes.

22     Q.  Are you aware that there is an unsweetened

23  version of this milk on the market?

24     A.  No, I was not.

25     Q.  When you say you were not, does that mean you     10:34:00

Page 40

1    were not at the time that you bought the Almond Breeze

2    product?

3         A.  At the time, no.  I honed in on this one only.

4         Q.  When you say you honed into this one only, what

5    do you mean?                                          10:34:19

6         A.  As a consumer, I stood at the shelf and saw

7    this packaging and picked it up, read the labels, and

8    made the purchase.

9         Q.  Was this in the refrigerated section or on a

10   shelf?                                                10:34:42

11        A.  It was on a shelf.

12        Q.  Have you ever brought -- bought Almond Breeze

13   that's refrigerated?

14        A.  No, I only bought this.

15        Q.  And at the time that you first bought the      10:34:55

16   Almond Breeze product, were you then concerned

17   about health issues as you've described earlier,

18   that -- focusing on no sugar, no artificial ingredients,

19   and that the product be natural?

20        A.  I mean, I was unfamiliar with the product, so   10:35:21

21   as the first time, the "all natural" label stood out to

22   me when I first approached the product, and I turned it

23   over and saw the ingredient list that we described

24   before.

25        Q.  So the first time you bought it, you turned the  10:35:38

Page 41

1    package -- you first saw the front of the package?

2         A.  I first saw the "all natural" label is what

3    stood out to me.

4         Q.  And then you picked up the package?

5         A.  Picked it up.                          10:35:54

6         Q.  And you say you turned it over?

7         A.  Turned it over.

8         Q.  And did you look at the page that is marked

9    CW 2 in Exhibit 1?

10        A.  No, I went straight to CW 3, which is the side   10:36:05

11   of the package.

12        Q.  Did you look on the shelf to see if there was

13   an unsweetened version of the product?

14        A.  Did not.

15        Q.  When was the first time you came to learn that   10:36:19

16   there was an unsweetened version of the product?

17        A.  Just recent visits to the store.  I was

18   surprised to see it.

19        Q.  When you say "recent," when was the first time

20   that you saw unsweetened Almond Breeze on the shelf?     10:36:32

21        A.  I would say probably three months ago I paid

22   attention to it, in passing.

23        Q.  That's the first time you saw an unsweetened

24   Almond Breeze product on the shelf?

25        A.  From what I can recall, yes.                     10:36:48

                                                   Page 42

1          Q.  Did you buy it?

2          A.  No.  I have not purchased any.

3          Q.  So you looked, you saw the front of the package

4     which is CW 1 of Exhibit 1; correct?

5          A.  Correct.                                    10:37:04

6          Q.  And then you immediately looked at the side of

7     the package which is CW 3 in Exhibit 1?

8          A.  Correct.

9          Q.  And let me ask you, these three pages, are

10    these accurate copies of the label that you saw when you  10:37:16

11    bought the Almond Breeze chocolate milk product?

12         A.  Yes.

13         Q.  And at the time that you first purchased the

14    product, did you also look at the panel that is marked

15    as CW 2?                                              10:37:39

16             MR. GORE:  Objection.  Asked and answered.

17             You can answer that again.

18             THE WITNESS:  At the time of purchase, I do

19    not think I actually looked at CW 2.  I actually went

20    straight from "all natural" on CW 1 to the CW 3      10:37:54

21    ingredients list.

22    BY MR. CIRELLI:

23         Q.  And why did you do that?

24         A.  I just wanted to see if it was an all natural

25    claim and to see if there was anything that stood out to  10:38:09

Page 43

1    me because I was going to make this purchase for my

2    children.

3         Q.   Have you ever looked at the panel on the

4    package that is marked as CW 2?

5         A.   No, actually.                          10:38:30

6         Q.   You've never seen that?

7         A.   Well, I've never really looked at it.

8         Q.   Did you understand at the time you first bought

9    the Blue Diamond Almond Breeze almondmilk product that

10   it was all natural with added vitamins and minerals?   10:38:50

11        A.   No.

12        Q.   Have you ever come to learn that it was -- that

13   it had added minerals and vitamins?

14        A.   No, I have not.  I focused in on the "all

15   natural."                                          10:39:16

16        Q.   Is the fact that a product has vitamins and

17   minerals added to it a positive for you in purchasing

18   products for your family?

19        A.   Yes.

20        Q.   So if you had seen on the label that it had   10:39:35

21   added vitamins and minerals, that's not something that

22   would have stopped you from buying the product; is that

23   fair?

24        A.   Yes, it would not have stopped me.

25        Q.   And you said you immediately went to look at   10:39:46

1    I did make the purchase.

2            MR. GORE:  Larry, we've been going a little

3    while.  Can we take a restroom break, please?

4            MR. CIRELLI:  Sure.  Let me ask just one more

5    question.                                          10:41:15

6            So one of the concerns that you had -- may have

7    several questions -- one of the concerns that you had

8    was whether or not there was sugar in the product;

9    correct?

10           THE WITNESS:  Correct.                      10:41:25

11   BY MR. CIRELLI:

12      Q.  So when you looked at this label, did you see

13   up at the top that it shows "sugars, 20 grams"?

14      A.  I can see that, yes.

15      Q.  And you saw that at the time you bought the   10:41:35

16   product?

17      A.  I don't recall looking at that portion at the

18   time, but I probably -- probably did scan it.

19      Q.  And seeing that there were 20 grams of sugars

20   in the product, that didn't stop you from buying the  10:41:46

21   product; correct?

22      A.  It did not, because I'm not sure if that's an

23   actual squeezed element of an almond that naturally

24   occurs or not.

25      Q.  And you drank the milk when you bought it;    10:41:57

                                                         Page 46

```
1    correct --

2        A.  I did, yes.

3        Q.  -- the almondmilk?

4        A.  Yes, I did try it.
```

```
5            MR. CIRELLI:  Sorry.  That time I jumped before   10:42:06

6    you were done.

7            Let's go ahead and take a break.

8            THE VIDEOGRAPHER:  We are off the record at

9    10:41 a.m.

10           (Recess held.)                                     10:42:36

11           THE VIDEOGRAPHER:  We're back on the record at

12   11:00 a.m.

13   BY MR. CIRELLI:
```

```
14       Q.  Right before we took our break, we were looking

15   at Exhibit 1 of the deposition and, in particular, we     11:01:15

16   were looking at the page CW 3, at the bottom, the third

17   page, and we were talking about your having read the

18   this panel and things that were of concern to you when

19   you read it.  Do you remember that?

20       A.  Yes.                                               11:01:33

21       Q.  And did you read the entirety of the

22   ingredients section that's on this panel when you first

23   bought the product?

24       A.  I scanned it quickly, yes.

25       Q.  And was there anything else in reading that       11:01:44

                                                               Page 47
```

```
 1    that concerned you other than what we've already talked

 2    about?

 3        A.   Evaporated cane juice and potassium citrate

 4    stood out to me.

 5        Q.   Anything else?                          11:01:55

 6        A.   No.

 7        Q.   And we already talked about why potassium

 8    citrate and evaporated cane juice stood out to you;

 9    right?

10        A.   Yes.                                    11:02:06

11        Q.   You see next, after evaporated cane juice, it

12    says "cocoa (Dutch process)"?

13        A.   Correct, I see it.

14        Q.   Do you know what "Dutch process" is?

15        A.   I do not.                               11:02:30

16        Q.   That didn't concern you?

17        A.   The "all natural" label was a substantial

18    reason why I bought this product and I relied on that.

19    So the two that we were discussing stood out, but I

20    assumed that they were all natural.               11:02:49

21        Q.   Next is calcium carbonate; do you know what

22    that is?

23        A.   No, I do not.

24        Q.   Then next is sea salt; I'm assuming you know

25    what that is.                                    11:03:16
```

Page 48

1        A.   Yes.

2        Q.   And you saw that and it didn't concern you that

3   this contains sea salt; is that correct?

4        A.   Correct.

5        Q.   It didn't concern to you that it contained        11:03:23

6   calcium carbonate either?

7        A.   I don't know what that is, actually.   Sorry.

8        Q.   Do you know what carrageenan is?

9        A.   No.

10       Q.   Did that -- did it concern you that the product   11:03:32

11   that you were buying contained carrageenan?

12       A.   No, it did not stand out at that time.

13       Q.   Do you know what "natural flavors" are being

14   referred to in the ingredients?

15       A.   No.   I'm assuming chocolate.                     11:03:49

16       Q.   Do you know what sunflower lecithin is?

17       A.   No, I do not, just assumed that it was all

18   natural.

19       Q.   Do you know what Vitamin A palmitate is?

20       A.   I do not.                                          11:04:13

21       Q.   Did it concern you that the product you were

22   purchasing contained Vitamin A palmitate when you

23   purchased it?

24       A.   It did not at the time.

25       Q.   Does it now?                                       11:04:24

Page 49

1        A.   I don't know what -- I mean, I'm assuming

2   they're a beneficial vitamin, but I don't know.

3        Q.   So it doesn't concern you as you sit here

4   right now?

5        A.   Exactly.                                    11:04:38

6        Q.   What about Vitamin D2; did it concern you when

7   you purchased this Almond Breeze product that the

8   product contained Vitamin D2?

9        A.   No.

10       Q.   What about D-alpha tocopherol; did it concern    11:04:49

11   you when you purchased this product that this product

12   contained D-alpha tocopherol?

13       A.   No, just stating it's a natural Vitamin E.

14       Q.   Other than stating it's a natural Vitamin E,

15   did you know when you bought it what it was?            11:05:07

16       A.   No, I did not.

17       Q.   Did you see "natural Vitamin E" on the package

18   when you first bought this?

19       A.   Yes.

20       Q.   Other than the ingredients that we just went    11:05:13

21   through, was there anything else about this page of the

22   Almond Breeze package that concerned you when you

23   purchased it?

24       A.   No, just the front, "all natural," and the side

25   panel which state -- shows ingredients that I was      11:05:31

Page 50

1       Q.   Earlier, when I asked you what does "healthy"

2   mean to you, you told me it was no sugar, no artificial

3   ingredients, and natural, remember that?

4       A.   Yes.

5       Q.   And using that phrase there, "natural," what        11:08:38

6   does the phrase -- that term mean to you?

7           MR. GORE:  Objection.  Asked and answered.

8           You may answer it again.

9           THE WITNESS:  Natural would be, being that this

10  is an almond product, I would imagine "natural" is          11:08:51

11  coming straight from the tree and squeezed.  Again, this

12  is a new product to me, so I'm trusting the "all

13  natural" label, and that's it.  "All natural" means

14  comes right from where it grows into the packaging.

15  BY MR. CIRELLI:                                             11:09:15

16      Q.  But when you read the packaging, in particular

17  page CW 03 of Exhibit 1, in reading the ingredients,

18  didn't you understand that, in fact, it was not from the

19  tree squeezed and put directly into the package but that

20  things were added to it?                                    11:09:48

21          MR. GORE:  Objection.  Argumentative.  Calls

22  for speculation.  Assumes facts not in evidence.

23          You may answer.

24          THE WITNESS:  Yeah.  I'm not a -- I'm not a

25  chemist or a food nutritionist.  I'm not sure of the       11:09:59

Page 53

1    process of getting it in there.  I just rely solely on

2    the packaging in the front, telling me it's all natural,

3    and I should trust that.

4    BY MR. CIRELLI:

5         Q.  Apart from the definition you just gave me from    11:10:12

6    what you understood the almondmilk to be, what is your

7    definition of "natural" generally, as it applies in

8    general terms?

9         MR. GORE:  Objection.  Asked and answered at

10   least twice.                                               11:10:22

11        You can answer it again.

12        MR. CIRELLI:  I honestly don't think I have,

13   Pierce, but if I did, I apologize.

14        MR. GORE:  I'm allowing you to answer.

15        THE WITNESS:  That it comes naturally from         11:10:29

16   the earth, and what's in it, even if there's mixed

17   ingredients or natural as well, they come from the

18   same -- same way, it's nothing artificial.

19   BY MR. CIRELLI:

20        Q.  Anything else?                                  11:10:52

21        A.  No.

22        Q.  Do you ever buy organic products?

23        A.  Yes.

24        Q.  How often do you buy organic products?

25        A.  As much as I can, very often.                  11:11:01

Page 54

1          Q.   When you say as much as you can, what do you

2     mean?

3          A.   When it's offered at the place that I'm

4     purchasing it, I mean ....

5          Q.   How often do you buy natural products?          11:11:19

6          A.   Same, as much as they're offered, I try to.

7          Q.   What is the definition of "organic" to you?

8          A.   That there is no chemicals used in the process

9     of trying to keep bugs from eating the products or --

10    basically just tells me that there's no chemicals on the   11:11:52

11    products so when I bring it into the house, it's a good

12    product for my kids, it's a healthy product.

13         Q.   Do you understand that in addition to there

14    being no chemicals in the product, that it's also a

15    natural product to begin with?                             11:12:07

16         A.   Yes.

17         Q.   Would you agree with me that everything that is

18    organic is also natural?

19              MR. GORE:   Objection.   Calls for speculation.

20    Calls for an expert opinion.                               11:12:22

21              You may answer to the extent you know.

22              THE WITNESS:   Yeah, I don't -- I'm not

23    qualified to answer that, actually.

24    BY MR. CIRELLI:

25         Q.   I'm not asking for an expert or a scientific     11:12:31

Page 55

1    opinion.  Based on your use of the terms "organic" and

2    "natural," do you believe that everything that is

3    organic is also natural?

4           MR. GORE:  Same objection.

5           You may answer.                              11:12:42

6           THE WITNESS:  The way I look at products, I

7    would say yes.

8    BY MR. CIRELLI:

9        Q.  Looking at -- going back to Exhibit 1, starting

10   at the page that is Bates-stamped CW 4 through CW 10, do   11:13:15

11   you recognize the documents on those pages?

12       A.  Yes, I do.

13       Q.  What are these documents that are on pages CW 4

14   through 10 on Exhibit 1?

15       A.  These are a collection of receipts of our        11:13:43

16   grocery purchases.

17       Q.  Why did you provide these receipts as opposed

18   to others, what caused you to pick these?

19       A.  These a are series, every time we would go to a

20   store, I would throw it in a shoebox.                     11:14:04

21       Q.  Why do you, every time you go to a store, throw

22   the receipts into a shoebox?

23           MR. GORE:  Objection only to the extent that

24   the question calls for communications protected by the

25   attorney-client privilege.                                11:14:22

Page 56

```
 1              You can tell Larry why you were keeping the
 2   receipts but, again, I'll caution you, he doesn't want
 3   you to tell him about our communication.  Do you
 4   understand the difference?
 5              THE WITNESS:  I understand.              11:14:34
 6              MR. GORE:  Okay.
 7              MR. CIRELLI:  Well, I want to but I can't.
 8              MR. GORE:  That's fair.  Thank you.
 9              THE WITNESS:  No.  I was asked to collect these
10   for the purpose of this.                            11:14:43
11   BY MR. CIRELLI:
12         Q.  You were asked to collect these for the purpose
13   of this lawsuit?
14         A.  This is -- yes.
15         Q.  I think you just answered my next question but  11:14:52
16   I'll ask it anyway.  When did you first start collecting
17   receipts and putting them in that shoebox?
18         A.  I could only assume after May 21st.
19         Q.  May 21st, 2012?
20         A.  Yeah, I think that -- I think that -- I recall  11:15:10
21   that that's the date.
22         Q.  So before you met with Pierce, you didn't keep
23   receipts for the -- for your grocery purchases?
24         A.  Actually, I did, actually, I do.
25         Q.  When did you first start keeping receipts for  11:15:22
```

Page 57

1      your grocery purchases?

2          A.  I don't know.  It's just a habit my wife and I

3      have done.

4          Q.  In relation to May 21st, 2012, how long before

5      that had you kept receipts?                          11:15:42

6          A.  I don't know.  It's -- it's not an exact

7      science.  It was just a habit we did, we just keep 'em.

8          Q.  Do you try to keep 'em all?

9          A.  Yeah.

10         Q.  Whether they were paid for cash or credit card?  11:15:56

11         A.  It was based on -- it was more budgetary based

12     on, yes.

13         Q.  Do you still have those receipts going back to

14     before May 21st, 2012?

15         A.  No.                                           11:16:10

16         Q.  Why not?

17         A.  I focused on the ones that were necessary at

18     that time.

19         Q.  What do you mean by that?

20         A.  I cleared everything out and made room for the  11:16:20

21     ones that -- for this, specific reason for this.

22         Q.  When you say "for this," you mean for the

23     lawsuit?

24         A.  For the lawsuit, yes.

25         Q.  How far back did you have grocery receipts when  11:16:33

Page 58

1        Q.   So I'm assuming that what I have here,

2    Exhibit CW 4 through 10, are not all receipts for all

3    groceries and restaurant visits, it would appear, that

4    you have gone to or purchased since filing this lawsuit;

5    is that correct?                                    11:18:31

6        A.   Since filing the lawsuit?  No.

7        Q.   Why did you pick these particular receipts on

8    CW 4 through 10 in Exhibit 1 to produce in the suit?

9        A.   These receipts here were not handpicked, they

10   were actually what was thrown in the box when we were   11:18:48

11   asked to collect and handed over when asked to hand

12   over.

13       Q.   When was that?

14       A.   I can't recall the dates.

15       Q.   Do you recall what year it was?              11:18:57

16       A.   2012, I'd imagine.  It says -- it should say it

17   clearly on the receipts.

18       Q.   To be fair, looking at them, it looks like the

19   receipts are for 2013, at least the first one I looked

20   at.                                                    11:19:18

21       A.   I'm not sure the series of ...  I don't know.

22   I can't recall.  I think there was a series of two times

23   that I may have turned 'em in.  I'm not sure.  I don't

24   keep record of these here on ...

25       Q.   Are you still keeping your receipts for grocery  11:19:47

Page 60

1    purchases today?

2        A.  Probably, yeah.

3        Q.  Well, when you say "probably" --

4        A.  I do, I do.  I keep 'em -- yes, I keep 'em in

5    the drawer.                                            11:19:57

6        Q.  And how far back do the receipts go that are in

7    the drawer today?

8        A.  We just cleaned 'em out the end of the month.

9    I do the finances, so I just check everything and

10   according to an online account and throw 'em away, so    11:20:15

11   I'd imagine the beginning of -- the last of the month,

12   they're gone.

13       Q.  Since learning from your lawyers that

14   evaporated cane juice, I think you said is table sugar;

15   correct?                                               11:20:45

16       A.  Correct.

17       Q.  Since learning that, have you paid particular

18   attention to the products that you buy to make sure that

19   they don't contain evaporated cane juice?

20       A.  As much as possible.                          11:20:53

21       Q.  Have you bought any products that you're aware

22   of that do contain evaporated cane juice?

23       A.  Yes, on the premise that I know that it is

24   gonna be sugar inside it.

25       Q.  What products have you bought since learning    11:21:07

Page 61

1    that evaporated cane juice, according to your lawyers is

2    table sugar, that contain evaporated cane juice?

3         MR. GORE:  Objection.  Calls for speculation.

4         You can testify to the extent you know.

5         THE WITNESS:  Yeah, I don't actually recall        11:21:28

6    specific products in general on that.

7    BY MR. CIRELLI:

8         Q.   Okay.  Do you have any idea of any products

9    that you've bought since first learning, at least from

10   your lawyers that evaporated cane juice is table sugar,   11:21:44

11   what products you've bought that contain evaporated cane

12   juice?

13        A.   I don't know specific products.  I do know that

14   I have come across it.  It seems like it's a new way of

15   labeling and hiding sugar, but I don't ...  So I'm more   11:22:00

16   aware of it now in the actual added sugar content versus

17   a thing of ice cream that's simply labeled sugar.

18        Q.   When you say you've come across it, how have

19   you come across evaporated cane juice as an ingredient

20   in products?                                             11:22:20

21        A.   The same exact way, when I'm in the store I can

22   see it on the ingredients list.

23        Q.   And have you bought any products that you saw

24   at the store with evaporated cane juice on its

25   ingredients list since filing this lawsuit?              11:22:32

Page 62

```
1        A.  Yes, I would imagine so.

2        Q.  And what products do -- do you recall --

3        A.  I don't.

4        Q.  -- any other products that you bought --

5        A.  I don't.                                    11:22:39

6        Q.  You need to let me finish.  That's okay.

7            Do you recall any of the products you've bought

8    that have evaporated cane juice as an ingredient on its

9    label since filing this lawsuit in May of 2012?

10       A.  I do -- I do not.                            11:22:52
```

```
11       Q.  When you say that you're sure you have, is that

12   because the fact that certain products contain

13   evaporated cane juice doesn't concern you?

14       A.  It concerns me, but I'm now educated enough to

15   know that it's the equivalent of table sugar.  So when I  11:23:07

16   purchased this product on an all natural basis, I gave

17   it to my children and they reacted on a sugar high, and

18   I was unprepared for that.  But now, when I do make

19   purchases, I can see that it's a new way to label sugar

20   on packaging, so I'm aware of it now on my future      11:23:31

21   purchases from this time.

22       Q.  And so the fact that it's labeled as evaporated

23   cane juice no longer concerns you and, in turn, you go

24   ahead and buy products with that as an ingredient;

25   correct?                                              11:23:48
```

Page 63

1              MR. GORE:  I'm going to get some coffee.  You

2     don't need to stop for me.

3     BY MR. CIRELLI:

4          Q.   Okay.  And I think I know the answer to this

5     but I'll ask it anyway, just to make sure.  And you have    11:26:59

6     not bought any other Blue Diamond Almond Breeze

7     almondmilk product since before May 21st, 2012, when

8     you first met with the lawyers?

9          A.   No, I have never -- I've not purchased any.

10         Q.   Why not?                                           11:27:15

11         A.   Because I feel like they lied to me, actually,

12    on the -- on the marketing of the product, and that's

13    being deceived in purchasing it so I don't support

14    companies that do that.

15         Q.   It's not because you didn't like the flavor;      11:27:35

16    correct?

17         A.   The flavor was fine, actually, the flavor was

18    fine.

19         Q.   Is the only reason that you have not purchased

20    the Blue Diamond almondmilk since May 21st, 2012, the       11:27:46

21    fact that you feel you were deceived by the labeling,

22    natural and evaporated cane juice?

23         A.   And potassium citrate, yes.

24         Q.   Any other reason?

25         A.   I just want to feel confident as a consumer in    11:28:05

                                                          Page 66

1    buying things that I can trust things like that on a

2    quick look on the shelf and go from there and feel

3    comfortable.

4        Q.  Anything else?

5        A.  No.                                              11:28:15

6        Q.  At the time you first met with Mr. Gore, did

7    you have any Almond Breeze at your house?

8        A.  Yes.

9        Q.  Did you finish it, did you drink it?

10       A.  No.  Actually, I poured it down the drain.       11:28:25

11       Q.  How many cartons of Almond Breeze did you have

12   at your house at the time that you first met Mr. Gore on

13   May 21st, 2012?

14       A.  I believe it was two packages I recall dumping.

15       Q.  Two full packages?                               11:28:40

16       A.  Two full packages, unopened.

17       Q.  And the reason you dumped them down the drain

18   is the reason you just described to us about the

19   labeling?

20       A.  The labeling, yes, and the fact that my kids     11:29:06

21   run rampant on it.

22       Q.  On how many occasions prior to May 21st, 2012,

23   had you bought Blue Diamond Almond Breeze milk?

24       A.  I actually bought four packages, I do remember,

25   and the two that were dumped were from that series of    11:29:49

Page 67

1    four, so we consumed two, two packages.

2         Q.   So prior to May 21st, 2012, in total you had

3    bought four packages of Blue Diamond Almond Breeze

4    almondmilk?

5         A.   Yes, chocolate.                          11:30:14

6         Q.   Chocolate.  You had never bought it before

7    then?

8         A.   Never.

9         Q.   And I think you said you bought all four

10   packages at one time?                              11:30:22

11        A.   One time.

12        Q.   And you consumed two of them?

13        A.   Two were consumed.

14        Q.   And two, you poured down the drain after you

15   met with Mr. Gore?                                 11:30:38

16        A.   Correct.

17        Q.   When did you buy those four packages of Almond

18   Breeze chocolate milk?

19        A.   Again, I think it was a month previous to that,

20   to actually meeting.                               11:30:53

21        Q.   So it would have been sometime in April of

22   2012?

23        A.   I'm guessing.

24        Q.   Had you ever bought any kind of almondmilk

25   before April of 2012?                              11:31:25

Page 68

```
1          A.  No, this was a first time for me.  That's why I
2    put a lot of trust in the label.
3          Q.  What was it that caused you to buy almond milk
4    at that point in time, April 2012?
5          A.  I was hoping to find an alternative for my kids   11:31:46
6    as a treat versus dumping Hershey's syrup in the milk,
7    and it turns out to be pretty much similar to that, so I
8    just simply wanted a healthy alternative.
9          Q.  So before you bought the almondmilk you would,
10   as a treat for the kids, put Hershey's syrup in regular   11:32:08
11   milk?
12         A.  No, I'm saying as an alternative to not do so;
13   otherwise, my children drank white dairy milk solely.
14         Q.  At any point in time did you put Hershey's
15   syrup in milk for your kids before April of 2012?        11:32:25
16         A.  Not at all.  My wife would not allow that.
17         Q.  So why did you give me that one as an example?
18         A.  'Cuz it's the only thing I could think of right
19   now.  As a kid, I drank plenty of Hershey's chocolate
20   milk and that was how I related it when I saw that.      11:32:38
21         Q.  Have you found an alternative to the Almond
22   Breeze chocolate milk since stopping buying it in April
23   of 2012?
24         A.  No, I have not.  I've reverted back to white
25   dairy milk.                                              11:32:57
```

Page 69

```
1        Q.  I think I know the answer but I'll ask it:
2   Since you stopped buying Blue Diamond Almond Breeze
3   almondmilk, have you bought any other brand of
4   almondmilk?
5        A.  No.                                          11:33:16
6        Q.  Have you at any point in time bought any brand
7   of soy milk?
8        A.  Hmm, I don't recall, no.
9        Q.  How about rice milk?
10       A.  No.  I don't even know what that is.          11:33:36
11       Q.  So the only time that you've ever bought an
12  almondmilk product was the four packages that you bought
13  sometime around April of 2012?
14       A.  That's fair, yes.
15       Q.  Going back to Exhibit 1, which is the labels  11:33:58
16  and the receipts we were just talking about, looking at
17  Bates number CW 9, you see the receipt in the middle,
18  Lunardi's?
19       A.  Yes.
20       Q.  And it looks like it's a receipt for grocery  11:34:28
21  items that were purchased on November 21st, 2012.  Do
22  you see that?
23       A.  I don't see the date.
24       Q.  You see where it says Visa and it's got the
25  number blocked out?                                   11:34:44
```

Page 70

```
 1         A.   Oh, yes.

 2         Q.   Then if you go down to the fourth line under

 3    Visa, it says November 21st, 2012?

 4         A.   Correct.

 5         Q.   And this is among the receipts that you kept      11:34:53

 6    from groceries that you bought in -- during this time

 7    period?

 8         A.   What time period?  I'm sorry.

 9         Q.   The time period you were keeping the receipts

10    for the lawyers?                                             11:35:08

11         A.   From what I can recall, yes.  I gathered them

12    together and handed 'em over.

13         Q.   And if you go down the receipt, you see that

14    there's various categories, bakery bread, beer, dairy,

15    frozen foods.  Do you see a those?                          11:35:23

16         A.   Yes.

17         Q.   And you see there's a category at the bottom of

18    the receipt that says "Grocery"?

19         A.   Yes.

20         Q.   And if you go halfway down the middle of that,    11:35:29

21    do you see there that it says "BD Breeze Chocolate

22    2 @ $3.29" each for $6.58, do you see that?

23         A.   Yes.  This actually might be the label that I

24    turned over from my packaging.

25         Q.   So is "BD Breeze Chocolate," is that Blue         11:35:50
```

Page 71

```
 1     Diamond Almond Breeze chocolate milk?

 2          A.  Yes.

 3          Q.  And now, seeing this, does it refresh your

 4     memory that in November of 2012 you bought two packages

 5     of Blue Diamond Almond Breeze chocolate milk?          11:36:06

 6          A.  It does not bring a memory, no.

 7          Q.  Well, now, seeing this receipt, do you have any

 8     reason to believe that you didn't buy it?

 9          A.  No, I don't have a reason to believe I didn't,

10     no.                                                    11:36:26

11          Q.  Is it possible that your wife bought it?

12          A.  It is quite possible, yes.

13          Q.  Do you know one way or the other whether you

14     or your family drank the Blue Diamond Almond Breeze

15     chocolate milk that was purchased on November 21st,    11:36:55

16     2012?

17          A.  No, I do not.  And looking at it, I'm -- I

18     don't know.  No, I definitely do not recall that.

19          Q.  Do you recall pouring down the drain or

20     throwing away any almond -- Blue Diamond Almond Breeze  11:37:19

21     chocolate milk in November of 2012?

22          A.  The dates -- I recall dumping two packages and

23     I don't recall the dates, that's the problem.

24          Q.  Well, the two packages that you described

25     dumping, you told us you dumped right after you met with 11:37:34
```

Page 72

```
 1    Mr. Gore in May of 2012; correct?

 2         A.  Yes.

 3         Q.  So apart from dumping the two packages right

 4    after you met with Mr. Gore in May of 2012, do you

 5    remember dumping two more packages in November of 2012?    11:37:48

 6         A.  No, and I don't know if these were stored on my

 7    shelf or -- I don't know.  I don't recall.

 8         Q.  Do you have any reason to believe that these

 9    two packages of Blue Diamond Almond Breeze chocolate

10    milk that were bought in November of 2012 were not drank    11:38:06

11    by your family?

12         A.  I'm -- no, I know that they have not drank it

13    since then.

14         Q.  And how is it that you know they haven't drank

15    Blue Diamond Almond Breeze milk since -- and when you    11:38:23

16    say "then," are you referring to May of 2012?

17         A.  Since May, yes.

18         Q.  And what is it that leads you to say that they

19    have not drank it?

20         A.  I know that I hadn't made a direct purchase of    11:38:35

21    it.  We have many social events and there's times that

22    my wife will get certain things for kids I don't know,

23    and she may have purchased this for a birthday party,

24    I don't know.  My daughter's birthday is November 27th

25    so I -- she could easily have done that.  I have no    11:38:54
```

Page 73

```
 1   clue.

 2        Q.   So you don't know as you sit here today what

 3   happened with these two cartons of Blue Diamond Almond

 4   Breeze chocolate milk that were bought in November of

 5   2012?                                                    11:39:16

 6        A.   Yeah, I do not know.

 7        Q.   It is possible that they were drank at a

 8   birthday party?

 9        A.   I can only assume that.  And my wife doesn't

10   have the extent of this case so it would be fair to say  11:39:26

11   that she may have purchased it for a birthday party.

12        Q.   Do you know if your wife has purchased any Blue

13   Diamond Almond Breeze milk at any time since May of

14   2012, other than what we see here on this receipt of

15   November 21st, 2012?                                     11:39:48

16        A.   No.

17        Q.   It's possible she may have bought it at other

18   times as well?

19             MR. GORE:  Objection.  Calls for speculation.

20   Assumes facts not in evidence.                          11:39:56

21             You may answer.

22             THE WITNESS:  I'm fairly certain that -- that

23   she hasn't.  It's not been on our shelves.  And I make

24   most of the purchases, except for special occasions like

25   parties and get-togethers.                              11:40:08
```

Page 74

```
 1    BY MR. CIRELLI:

 2        Q.  Going back to the one and only time that you

 3    bought Blue Diamond Almond Breeze milk in or around

 4    April of 2012, where did you buy it?

 5        A.  Whole Foods.                                    11:40:41

 6        Q.  Whole Foods where?

 7        A.  That would have -- I think on Bascom Avenue,

 8    Campbell.

 9        Q.  Is that one of the stores that you regularly

10    shop at?                                                11:41:06

11        A.  Yes.

12        Q.  Do you recall how much you paid per carton for

13    the Blue Diamond Almond Breeze at that time?

14        A.  I don't recall specifically but I'd imagine

15    three- to four-dollar range.                           11:41:24

16        Q.  What leads you to believe it was in the three-

17    to four-dollar range?

18        A.  You typically pay a premium at Whole Foods on a

19    product like that.

20        Q.  Did you notice at the time that you bought it   11:41:46

21    whether there was any other almondmilk products on the

22    shelf?

23        A.  I didn't notice at the time, no.

24        Q.  Did you notice whether Whole Foods has its own

25    almondmilk product?                                    11:41:58
```

1        A.   Just avoided it altogether since.

2        Q.   Why?

3        A.   Because I don't know what's in the actual

4    products, I mean I don't know what ingredients they're

5    putting in it.  I just wanted an all natural product        11:43:02

6    just to give my kids.  So I'd imagine they were similar.

7        Q.   When you say avoid it, you mean almondmilk?

8        A.   Yes.

9        Q.   And when you say they're similar, you think all

10   almondmilk products are similar?                            11:43:19

11          MR. GORE:  Objection.  Calls for speculation

12   and an expert opinion, but you can answer.

13          THE WITNESS:  I -- since I don't -- I don't

14   know.  I don't purchase anything in that aisle.  It's

15   not like I inspect it any more.                             11:43:31

16   BY MR. CIRELLI:

17       Q.   I think you already told me you haven't bought

18   any almondmilk product no matter from what manufacturer

19   since April of 2012?

20       A.   Correct.                                           11:43:48

21       Q.   The two packages that your family did consume

22   of the Blue Diamond Almond Breeze milk that you bought

23   in April of 2012, in how many sittings did it take to

24   drink those?

25       A.   I treated them as like an after-school treat,      11:44:16

Page 77

```
 1      so I would say we -- we actually -- it was hard to

 2      actually complete the packaging before the expiration,

 3      I believe, once it was opened, if I recall.  I can't

 4      really recall, but it was -- sittings?

 5              Probably seven sittings, maybe, maybe a week's    11:44:41

 6      time.

 7          Q.  Did you drink any of it?

 8          A.  Yes.

 9          Q.  So it was you and your kids?

10          A.  Yes.                                              11:44:55

11          Q.  All three of the kids?

12          A.  All three.

13          Q.  And I think that you said when you first gave

14      it to them, they got all hyped up; is that right?

15          A.  That's correct.                                  11:45:09

16          Q.  And despite the fact that they got all hyped

17      up, you gave it to them again another six times?

18          A.  Well, I gave them less quantity, actually.  I

19      tried to control the quantity versus a full glass to a

20      quarter of a glass.                                      11:45:24

21          Q.  So that's how you dealt with the "hyped up" is

22      just give them a little bit less than the first time?

23          A.  At that point, until we could get rid of it,

24      yes.

25          Q.  When you say "until we could get rid of it,"     11:45:33
```

Page 78

1    what do you mean?

2        A.   It was just, I --

3        Q.   Until you finished drinking it all?

4        A.   Until we finished drinking it, correct.

5        Q.   And is the reason you poured two of the          11:45:45

6    containers down the drain because you decided to file

7    this lawsuit?

8            MR. GORE:   Objection.   Argumentative.   Assumes

9    facts not in evidence.   Asked and answered.

10           You may answer.                                    11:46:08

11           THE WITNESS:   Yes.

12   BY MR. CIRELLI:

13       Q.   When you were describing before the reason

14   that you first bought the Blue Diamond Almond Breeze

15   Almondmilk, you said that the fact that it was all       11:47:33

16   natural was a substantial reason that you bought it.   Do

17   you remember that?

18       A.   Correct.

19       Q.   Were there other reasons that you bought the

20   almondmilk other than the fact that it said "natural"?   11:47:42

21       A.   That was -- again, I was looking for an

22   alternative for my kids and "all natural" was a

23   substantial reason why I purchased that in confidence.

24       Q.   I'm sorry.   You said in -- "in confidence"?

25   What does that mean?                                     11:48:03

Page 79

1          A.   With confidence.

2          Q.   Okay.   Again, you use the term "substantial

3     reason."   Were there other reasons, other than the label

4     "natural," that you -- and wanting to find an

5     alternative treat for your kids that you purchased the          11:48:14

6     Almond Breeze almondmilk in April of 2012?

7          A.   No.   I would say that's it.

8          Q.   That's it?

9          A.   That's it.

10          Q.   And when you say you purchased it as an          11:48:27

11     alternative for the kids, I'm still trying to understand

12     as an alternative to what.   What was it that the

13     almondmilk was going to replace in your kids' diet?

14               MR. GORE:   Objection.   Asked and answered.

15               You can answer it again.          11:48:50

16               THE WITNESS:   Regular white dairy milk is what

17     I was trying -- not completely, but as a treat versus

18     using a product that's well-known for its sugar content,

19     such as a Hershey's product.

20     BY MR. CIRELLI:          11:49:08

21          Q.   Did you ever buy your kids chocolate milk

22     before April of 2012?

23          A.   Yeah.

24          Q.   How often?

25          A.   I -- I can't recall.          11:49:20

                                                            Page 80

1    were the factors in choosing to stop buying chocolate

2    milk as of May 2012?

3         A.   The fact that I just don't want my children to

4    think that it's normal to drink that on a regular basis.

5    So when I give them one single-serving throughout a week    11:52:12

6    for something fun, it holds different bearing than

7    having it stored in the refrigerator, I believe, as a

8    parent.

9         Q.   How often did you buy it and store it in the

10    refrigerator at home prior to May of 2012, and by "it,"    11:52:27

11    I meant chocolate milk?

12         A.   I cannot recall.  It wasn't -- it's easier than

13    not, almost.  I can't recall.  I don't know.

14         Q.   How was it that you became involved in this

15    lawsuit?    11:52:51

16         A.   I was seeking more information on the product.

17         Q.   Where were you seeking more information on the

18    product?

19         A.   Contacting Pierce.

20         Q.   Well, how did you -- how did you learn of    11:53:04

21    Pierce?

22         A.   Sharon Pratt's actually a friend in the

23    community I live in and shows up at gatherings every

24    once in awhile, and she overheard our conversation with

25    other moms.  We were sorta discussing the fact that some    11:53:25

Page 83

1    kids have dietary restrictions and some do not, but they

2    also tried this product and had reactions similar to

3    mine where the kids were on a sugar high, and we were

4    sort of discussing that.  And Sharon basically told me

5    if I wanted to learn more, that Pierce might be a good          11:53:49

6    person to discuss it with.

7         Q.  And how do you know Sharon?

8         A.  She's a friend.

9         Q.  A friend through school, through church?

10        A.  From our community, she's at community                  11:54:06

11   gatherings every once in awhile.

12        Q.  And when was it that this conversation was

13   taking place where Sharon first told you you may want to

14   call Pierce?

15        A.  The time period?                                        11:54:23

16        Q.  Yes.

17        A.  I can't recall.

18        Q.  In relation to when you first met him, which I

19   believe you told us earlier was May 21st, 2012, using

20   that as a time frame, do you recall how long before that         11:54:41

21   it was that you had the conversation with Sharon that

22   she told you you may want to call Pierce?

23        A.  It probably wasn't too far back from the time

24   that we discussed it because I remember still having the

25   packages in -- in my pantry.  So it was -- it was               11:54:59

                                                              Page 84

1    probably a week's -- within a week's time, maybe, from

2    the time from there, I remember calling.

3        Q.   When you say "a week's time," you're saying

4    it was probably a week before May 21st, 2012, or in that

5    time frame, that you talked to Sharon and she suggested      11:55:21

6    you talk to Pierce?

7        A.   Yeah, I would say it's -- I had contacted

8    Pierce probably a week from the time I -- that Sharon

9    had mentioned that he would be a good person to discuss

10   this with.                                                   11:55:38

11       Q.   Did you have any phone calls or any other

12   communication with Pierce or anybody in his office

13   before your meeting in May, on May 21st, 2012?

14       A.   No.   In all honesty, Sharon, I didn't even know

15   that she was a lawyer, I didn't.   Yeah, just a friend,      11:55:53

16   but we didn't ...   No one discusses too much business up

17   there, it's more just friendship.

18       Q.   Where does Sharon practice?

19       A.   In San Jose.

20       Q.   Does she practice with Mr. Gore?                    11:56:12

21       A.   They're associates.

22       Q.   When you say "they're associates," what do you

23   understand that to mean?

24       A.   Partners.

25       Q.   So going back to my question, did you -- other      11:56:21

Page 85

```
 1        Q.  And you gave Mr. Gore a call, and your best

 2   memory is that the first time you placed a call to

 3   Mr. Gore was about a week before your meeting on

 4   May 21st, 2012; is that correct?

 5        A.  I'm recalling, yeah, because it wasn't --      11:58:47

 6   wasn't like an injury case or anything like that, it was

 7   just something I was curious about.  Yes, I'd say a

 8   week.

 9        Q.  And nobody in your family was injured from

10   drinking the Almond Breeze almondmilk; correct?         11:59:01

11        A.  No.

12        Q.  That is correct?

13        A.  That's -- that's correct.

14        Q.  That was a bad question.

15            And in relation to when you placed that phone   11:59:08

16   call about a week before, how long before that was it

17   that Ms. Pratt had suggested to you that you may want to

18   call Mr. Gore?  How long did you wait to call him?

19        A.  I'd say from the time of our conversation with

20   Mrs. Pratt, it was a week, a week from that time period,  11:59:25

21   and that's -- I'm just recalling I know it wasn't super

22   fast but it wasn't like months.

23        Q.  And where was this community meeting with the

24   moms where you had this conversation with Ms. Pratt

25   about Mr. Gore?                                          11:59:58
```

Page 88

1                (The deposition of CHRISTOPHER WERDEBAUGH

2            was reconvened at 1:23 p.m.)

3            THE VIDEOGRAPHER:   This is the beginning of

4    disk number two in the deposition of Chris Werdebaugh.

5    We're on the record at 1:23 p.m.                    13:24:06

6

7                    CHRISTOPHER WERDEBAUGH,

8    having been previously duly sworn, testified further as

9    follows:

10                   EXAMINATION (CONTINUED)

11   BY MR. CIRELLI:

12        Q.   I asked you this question with respect to

13   evaporated cane juice, I'm going to ask you the same

14   question with respect to potassium citrate.  Since you

15   filed this lawsuit in May 2012, have you paid any       13:24:25

16   particular attention to the ingredients in products you

17   buy to see if they contain potassium citrate?

18        A.   I notice it's in certain products, yes.

19        Q.   And do you have in mind what products you know

20   it's in?                                              13:24:42

21        A.   No, I do not.

22        Q.   Have you bought those products, products with

23   potassium citrate, since May 2012?

24        A.   Most likely, yes.

25        Q.   So it's not a situation where, like evaporated   13:24:56

                                                         Page 96

```
 1    cane juice as well, if you saw either evaporated cane
 2    juice in a product or potassium citrate in a product as
 3    an ingredient, that wouldn't automatically cause you not
 4    to buy the product?
 5        A.   No, I've never stopped purchasing products with   13:25:11
 6    evaporated cane juice in it.  It's just now that I know
 7    that it's actual table sugar, I know how to regulate it.
 8        Q.   And you also have never stopped buying products
 9    that contain potassium citrate; correct?
10        A.   Correct.                                          13:25:27
11        Q.   So it wasn't the -- it's nothing about the Blue
12    Diamond Almond Breeze product or its ingredients that
13    you find to be improper, it's solely the label that you
14    have an issue with; is that fair?
15            MR. GORE:   Objection only to the extent it        13:25:47
16    mischaracterizes prior testimony.  Asked and answered.
17            You can answer.
18            THE WITNESS:   The label was definitely
19    misleading in stating it's an all natural product, so
20    yes, the label is the main concern.                       13:26:02
21    BY MR. CIRELLI:
22        Q.   Obviously since you bought products since
23    May of 2012, when you filed this lawsuit, that have
24    contained evaporated cane juice and potassium citrate,
25    it was not the fact that those ingredients were in the    13:26:14
```

Page 97

1    BY MR. CIRELLI:

2       Q.   And when you say "the all natural state,"

3    you're talking about the labeling; right?

4       A.   The labeling, exactly.

5       Q.   If the Blue Diamond Almond Breeze that you        13:27:19

6    bought did not have the label "natural" on it, would you

7    have bought it anyway as an alternative to just normal

8    white milk, as you said earlier?

9          MR. GORE:   Objection.   Incomplete hypothetical.

10   Calls for speculation.   Assumes facts not in evidence.     13:27:35

11          You may answer.

12          THE WITNESS:   Probably not.   Actually, I

13   was -- actually, it was more of an invitation because of

14   the all natural product and also having chocolate in the

15   product that made it into my grocery cart.                 13:27:49

16   BY MR. CIRELLI:

17      Q.   Did you look at any other alternative products

18   to milk when you went shopping and bought the Blue

19   Diamond Almond Breeze as a product to buy?

20      A.   No.                                                13:28:06

21      Q.   Did you look at any other almondmilks at the

22   time?

23      A.   No.

24      Q.   Did you look at whether there was a less

25   expensive alternative to the Blue Diamond Almond Breeze    13:28:12

Veritext National Deposition & Litigation Services
866 299-5127

1      when you were looking at buying something for your kids?

2          A.  No.

3          Q.  Was price then an issue when you bought the

4      Almond Breeze?

5          A.  At that time, no.  I mean, it -- it's a factor,    13:28:22

6      but it wasn't at the time.  It's a factor that this one

7      shows me it's all natural.

8          Q.  What do you mean by that?

9          A.  I would -- if I would have looked at other

10     products, I would -- I wouldn't have no problem paying    13:28:39

11     more for it just knowing that it's all natural versus

12     something else.

13         Q.  Would you pay more for it because it's a name

14     brand, Blue Diamond, as opposed to a store brand?

15         A.  I wouldn't -- I wouldn't know, actually.  That     13:28:53

16     probably makes no difference.

17         Q.  Do you have a preference when you go shopping,

18     name brands versus, you know, store brands?

19         A.  No, I -- not typically, no.

20         Q.  I think you told me earlier that you bought        13:29:10

21     this particular Almond Breeze at Whole Foods; right?

22         A.  Correct.

23         Q.  And you know that at Whole Foods, I think you

24     said you pay a premium when you go there?

25         A.  Yeah.                                              13:29:28

Page 100

1          Q.   I'm assuming at least at that end, price wasn't

2    an issue because you're going to a place where you pay a

3    premium; fair?

4          A.   That's fair.

5          Q.   Have you ever bought any other product solely        13:29:46

6    because it had "natural" on the label?

7          A.   I would most likely purchase a product that

8    says "all natural."  To specify another brand, I

9    couldn't -- I couldn't mention one that I would recall.

10         Q.   That was going to be my next question.  Do you        13:30:13

11    remember at any point in time, ever in your shopping

12    history, another product that you bought because it said

13    "all natural" on the label?

14         A.   Not offhand, no.

15         Q.   And I think you told me earlier that you             13:30:25

16    probably bought products since May of 2012 that contain

17    potassium citrate.  Can you think of any specific

18    products where you saw that on the label and you went

19    ahead and bought it?

20         A.   None specifically, no.                              13:30:59

21         Q.   When did it first occur to you that there was

22    something improper about the Blue Diamond Almond Breeze

23    chocolate milk label?

24              MR. GORE:  Objection.  Asked and answered.  And

25    I'll object to the extent that it calls for information       13:31:20

                                                        Page 101

1        A.  No.

2        Q.  I think we already talked about the fact that

3    you no longer have the receipt for the first time you

4    bought Blue Diamond Almond Breeze in April of 2012;

5    correct?                                          13:39:11

6        A.  Correct.

7        Q.  Can you think of any way to determine exactly

8    when you bought that Almond Breeze?

9        A.  I honestly can't.  I don't recall when I

10   purchased it.                                     13:39:25

11       Q.  Do you remember if you bought it with a credit

12   card or cash?

13       A.  No, I definitely do not.

14       Q.  When you -- when you normally go do shopping,

15   do you normally pay with cash or a credit card?    13:39:34

16       A.  It's by both.

17       Q.  One more than the other?

18       A.  Probably credit card over cash, but

19   it's -- it's honestly a good mix.

20       Q.  I think you told us that particular Breeze you  13:39:50

21   bought at the Whole Foods store; right?

22       A.  The first one, yes.

23       Q.  And does Whole Foods have any kind of a rewards

24   program?

25       A.  None that I know of, not that I know.  My kids  13:40:00

Page 107

```
 1      get a free banana when we come in, that's about it.

 2          Q.  So if they do have a rewards program, you just

 3      don't know about it.

 4          A.  I do not know about it.
```

 5          Q.  Is the free banana the incentive for shopping      13:40:15

 6      at Whole Foods, even though you're playing a premium?

 7          A.  Not at all, no.

 8          Q.  See, fortunately there's a tape so they can

 9      hear the levity in both our voices.  On a piece of

10      paper, it would look like that was a serious question      13:40:27

11      that I was asking.

12              Going back to Exhibit 1, the page CW 9, the

13      Lunardi's receipt again, looking at that, looking at the

14      face of this receipt, is there any way for you to tell

15      who it was that did the shopping that's reflected on      13:41:10

16      this receipt?

17          A.  No.

18          Q.  It shows that the receipt was at 9:45, do you

19      see that, next to the date, November 21st, 2012?

20          A.  Yes.                                              13:41:30

21          Q.  And at the top, it tells us that Lunardi's is

22      open from 7:30 a.m. to nine o'clock p.m.; right?

23          A.  Correct.

24          Q.  So looking at that 9:45 time, assuming it's

25      a.m., who is more likely to be shopping at 9:45 a.m.,      13:41:41

                                                        Page 108

1        Q.  So you can't think of any specific ingredients

2    that if it's in the product, you're just not going to

3    buy it?

4        A.  No.

5        Q.  And when you said the way that it's farmed is      14:01:23

6    something that you take into account when you're buying

7    products, I'm assuming that's when it is fruits or

8    vegetables that we're talking about?

9        A.  Or eggs, free-range, how the cattle -- I mean,

10   usually Whole Foods is a good place, Lunardi's, you know   14:01:41

11   you're getting quality meats and vegetables, organic,

12   it's quite apparent when you're in their food section.

13       Q.  Do you ever buy meat and vegetables and eggs

14   that aren't organic?

15       A.  Oh, yeah, it happens, yes.                         14:01:57

16       Q.  Is anybody in your household

17   lactose-intolerant?

18       A.  No.

19       Q.  We already talked about whether the brand name

20   factors into what you buy; right?  Does it?                14:02:11

21       A.  Not really, no.

22       Q.  Do the calories or the amount of fat in the

23   product factor into your decisions?

24       A.  Sometimes.

25       Q.  When you say "sometimes," when does it?            14:02:34

Page 123

1     if I give that to my kids, it is what it says it is.

2     BY MR. CIRELLI:

3          Q.   And I think I asked you this earlier, but since

4     you just brought this up again let me ask you again.

5     Can you think of any other product you've ever bought          14:05:13

6     because it had "all natural" on the label or "natural"

7     on the label?

8               MR. GORE:   Objection.   You did ask that

9     earlier.

10              You may answer.                                        14:05:21

11              THE WITNESS:   I can't recall a specific

12    product.

13    BY MR. CIRELLI:

14         Q.   Since the filing of this lawsuit, have you paid

15    more attention to labels than you did before or about          14:05:39

16    the same?

17         A.   It's the same.

18         Q.   Do you look at the label and the ingredients

19    for every product you buy?

20         A.   No.   I don't have time to do that.                    14:06:01

21         Q.   What do you -- what are the factors in your

22    deciding whether you're going to actually look at the

23    label in detail before you buy a product?

24         A.   Again, it's based on the products I know that

25    I would feed my children on a regular basis versus a          14:06:13

Page 126

1          Have you ever seen the phrase "dry cane syrup"

2     on a product?

3          A.   No.

4          Q.   Have you ever seen the phrase "evaporated cane

5     syrup" on a product?                                    14:08:57

6          A.   Not that I can recall.

7          Q.   Do you know as you sit here today what dry cane

8     syrup is?

9          A.   No.

10         Q.   Do you know as you sit here today what         14:09:04

11    evaporated cane syrup is?

12         A.   No.

13         Q.   If you saw either of those phrases on a

14    package, dried cane syrup or evaporated cane syrup,

15    would it cause you any pause with respect to buying the  14:09:26

16    product?

17         A.   I now know that evaporated cane is basically

18    table sugar so I would probably buy with caution and

19    know how to regulate it with my kids.  It may not stop

20    me from purchasing it but I do know that it is probably  14:09:40

21    sugar.

22         Q.   And what is it that causes you to say that

23    "it's probably sugar"?

24         A.   It sounds a lot like evaporated cane juice,

25    just with syrup.                                         14:09:53

                                                     Page 128

```
1                (Phone interruption.)

2                MR. GORE:  Do you need to take a break?

3                THE WITNESS:  No.  That's my alarm to pick my

4    son up at school.

5                MR. CIRELLI:  But you're not doing that today?   14:10:24

6                THE WITNESS:  No, exactly.  My wife's doing it.

7    Duty still calls.

8                MR. CIRELLI:  Why don't we go ahead -- I think

9    I pulled this out to mark about three hours ago and you

10   somehow got me distracted and I went off on other         14:10:45

11   topics.

12               (Deposition Exhibit 3 was marked

13                for identification.)

14   BY MR. CIRELLI:

15        Q.  Can you take a look, Mr. Werdebaugh, at what     14:11:41

16   has been marked as Exhibit 3, which is the Complaint For

17   Damages, Equitable and Injunctive Relief, with a file

18   date stamp at the top of May 29, 2012?

19        A.  Yes.

20        Q.  Have you ever seen this document before?         14:11:57

21        A.  I don't think so.

22        Q.  I will represent to you that that is the

23   original document that was filed with the court that

24   began this lawsuit.  So with that explanation, does that

25   refresh your memory as to whether you've ever seen this   14:12:15

                                                       Page 129
```

1      before?

2           A.   I kinda -- I don't recall seeing it.

3           Q.   Do you remember ever seeing anything that looks

4      like this, that has numbers down the side of the margin?

5           A.   No.   No, I don't.   I don't think I've ever seen     14:12:36

6      this.

7           Q.   At the time that you bought the Blue Diamond

8      Almond Breeze product in April of 2012, if the package

9      had shown as an ingredient either dry cane syrup or

10     evaporated cane syrup, would that have impacted your      14:13:55

11     purchasing decision in any way?

12          MR. GORE:   Objection.   Calls for speculation.

13     Assumes facts not in evidence.

14          You can answer, if you can.

15          THE WITNESS:   At the time, I wouldn't have      14:14:05

16     known what that was, the same as I didn't know what

17     evaporated cane juice was.

18     BY MR. CIRELLI:

19          Q.   So it wouldn't have affected your purchasing

20     decision; correct?      14:14:18

21          A.   No, at the time, no.   I was looking at the

22     "all natural."

23          Q.   Let me -- I think I already know the answer but

24     let me just show you another document that's very

25     similar and ask you if you've ever seen this before.     14:14:41

Page 130

```
 1              Let's mark this next in order.

 2              (Deposition Exhibit 4 was marked

 3              for identification.)

 4     BY MR. CIRELLI:

 5        Q.  Sir, could you take a look, Mr. Werdebaugh, at    14:15:13

 6     what has been marked as Exhibit 4 which, for the record,

 7     is Class Action and Representative Action, First Amended

 8     Complaint For Damages, Equitable and Injunctive Relief,

 9     and it shows a file date of May 24th, 2013 at the top.

10     I ask you if you've ever seen this document before?    14:15:37

11        A.  No, I've never seen this.

12        Q.  Okay.  That was quick.

13            Do you buy yogurt for your family to consume?

14        A.  Yes.

15        Q.  And have you been buying yogurt over the last,    14:16:52

16     say, six years for your family?

17        A.  Yeah.

18        Q.  Is there a particular brand of yogurt that you

19     buy for your family?

20        A.  I think it's called Straus.                       14:17:06

21        Q.  Is that who the manufacturer is?

22        A.  That's the brand, I believe.

23        Q.  Where do you buy that?

24        A.  Wherever I can find it, actually, Whole Foods,

25     Summit Store actually carries it, and I'm pretty sure    14:17:27
```

Page 131

1        A.   Probably, yes.

2        Q.   How about the French vanilla nonfat?

3        A.   I'm not aware of that one.

4        Q.   How often do you buy the Trader Joe's

5    Greek-style vanilla yogurt?                          14:21:31

6        A.   Maybe two weeks, every two weeks, maybe.

7        Q.   How much every two weeks?

8        A.   A pint, I think.

9        Q.   And how long have you been doing that, how many

10   years?                                               14:21:51

11       A.   Just recently, I'd say the last six months.

12       Q.   Did you ever look at the Trader Joe's

13   Greek-style vanilla yogurt label to see what's in it?

14       A.   No.  I use it more for recipes, Indian cooking

15   and things like that.                                14:22:10

16       Q.   Have you ever looked to see if there's

17   evaporated cane juice in it?

18       A.   No, I have not.

19       Q.   Would it surprise you if I told you there was?

20       A.   Probably -- probably not.                   14:22:22

21       Q.   And that wouldn't affect your continuing to buy

22   it; right?

23       A.   Well, I know what it is now, so yes, I ...

24       Q.   It would not affect?

25       A.   Well, it would -- it would affect it in the   14:22:33

Page 135

1    sense that I'm just not gonna just hand a giant bowl of

2    it over to my children.  Like I say, I use a lot of it

3    for cooking so it's just an added ingredient most of the

4    time, but I do give it to my children, two or three

5    tablespoons, as a treat.                                14:22:48

6         Q.  Right.  Do you ever give your children

7    chocolate?

8         A.  Rarely, but yes.

9         Q.  And I'm assuming when you give 'em chocolate,

10   you also regulate how much of that you give them?       14:22:55

11        A.  Absolutely.

12        Q.  Do you ever by Trader Joe's organic chocolate

13   soy milk?

14        A.  I'm sorry, what was the --

15        Q.  Trader Joe's organic chocolate soy milk?        14:23:12

16        A.  No.

17        Q.  I think you told me before you've never bought

18   soy milk.

19        A.  Yeah, no.

20        Q.  Okay.  What about Horizon Organic milk; do you  14:23:18

21   ever buy any of those?

22        A.  Like dairy milk, white dairy milk?

23        Q.  Any Horizon milk.

24        A.  I don't -- I look for whole milk and each store

25   seems to have a different brand, so as far as white      14:23:34

                                                          Page 136

1    dairy milk is concerned, I don't really pay attention to

2    the actual manufacturer but I go for the whole milk.

3         Q.   Okay.  Have you ever bought Horizon organic

4    chocolate or vanilla milk?

5         A.   Not that I -- yes, I have, actually.  I think      14:23:47

6    that's the actual one that I was talking about earlier

7    with the cow on the front of it, the small, individual

8    packages, I think I have purchased that in the past.

9         Q.   And that's the one that you -- you were

10   describing before and that's the chocolate that you buy?    14:24:04

11        A.   Yes.  If the kids go to the store, sometimes

12   when they're good, we'll allow 'em to actually take an

13   individual cardboard box of the actual -- that's the

14   actual brand, Horizon chocolate milk, and they can

15   actually punch a straw in it and have their individual     14:24:22

16   serving.

17        Q.   And is it the organic one that you buy?

18        A.   It is, it says "organic" on it.

19        Q.   When was the last time you bought that for the

20   kids?                                                        14:24:34

21        A.   I would say probably a month ago, after a

22   baseball practice with my son, it was definitely a month

23   ago.

24        Q.   When was the first time you bought that,

25   Horizon organic chocolate milk, for the three kids?        14:24:56

Page 137

1          A.   Three or four years ago, probably, somewhere in

2     that range.

3          Q.   Have you ever looked on the label at the

4     ingredients of that milk?

5          A.   I'm assuming it has a sugar type in it so          14:25:14

6     prob -- I never looked at the label on that, no.

7          Q.   Do you know whether that milk contains

8     evaporated cane juice?

9          A.   I do not.

10         Q.   Is it fair to say you're not concerned whether     14:25:27

11    it contains evaporated cane juice or not; you're still

12    buying it for your kids?

13         A.   Well, it's fair, and it's only because I know

14    that it is sugar and I don't give it to 'em regularly.

15         Q.   Do you ever buy Horizon Organic DHA Omega-3        14:25:48

16    lowfat chocolate milk?

17         A.   I have no clue what that is.  I don't look at

18    it that closely.

19         Q.   Have you ever bought any Silk products?

20         A.   Silk?  No.  I don't even know what that is, not    14:26:03

21    that I -- I don't know even know what that is.

22         Q.   If I told you it's a brand --

23         A.   Oh.

24         Q.   -- of milk alternatives, like almondmilk and

25    soy milk?                                                    14:26:17

Page 138

1      on the far left side, the country store in Half Moon

2      Bay receipt, it shows a coconut juice there.  Does that

3      refresh your memory?  We were just talking before we

4      took the break about the type of coconut juice you buy

5      and you couldn't remember.  Does seeing that refresh          14:53:30

6      your memory of what type of coconut juice you buy?

7          A.  No, it does not, actually.

8          Q.  Prior to meeting with Mr. Gore, did you have

9      any understanding that the Blue Diamond Almond Breeze

10     product, the labels in any way violated federal or            14:53:46

11     California laws?

12         A.  No.

13         Q.  Have you ever visited the Blue Diamond website?

14         A.  No.

15         Q.  Have you ever looked to see if there was a             14:54:00

16     product that is an alternative to the Blue Diamond

17     Almond Breeze that's cheaper than the Blue Diamond

18     Almond Breeze?

19             MR. GORE:  Objection.  Vague.  Incomplete

20     hypothetical.                                                  14:54:42

21             You can answer, if you can.

22             THE WITNESS:  I actually did not search for

23     one.  I felt confident in the one that stated it was all

24     natural, so I didn't mind actually paying a little more

25     if I had to.  The "all natural" is comforting.                14:54:55

Page 141

```
 1    BY MR. CIRELLI:

 2         Q.  Do you know as you sit here today whether you

 3    did in fact pay more than if the product was not all

 4    natural?

 5              MR. GORE:  Objection.  Calls for speculation    14:55:05

 6    and an expert opinion.

 7              You may answer, if you can.

 8              THE WITNESS:  I don't recall.

 9    BY MR. CIRELLI:

10         Q.  And you never undertook any effort to figure    14:55:13

11    that out; right?

12         A.  Correct.

13         Q.  It was not a factor when you bought the

14    product?

15              MR. GORE:  Objection.  Misstates prior          14:55:24

16    testimony.

17              You can answer.

18              THE WITNESS:  It's not too much of a factor

19    when I see "all natural" on the front of a package.

20    it was pretty quick, actually, a quick decision for me    14:55:37

21    so I -- yeah.  But other products, I can feel good about

22    paying a little more as long as I know it's a -- it's a

23    decent product.

24    BY MR. CIRELLI:

25         Q.  And now you've used a new term, "decent          14:55:57
```

Page 142

```
1    product."  So what's the definition of a "decent
2    product"?
3        A.  One that I feel comfortable as far as if it is
4    natural, organic.
5        Q.  Anything else?                              14:56:10
6        A.  No.
7        Q.  But you did tell us you do buy products and
8    feed 'em to your kids that are not organic and not
9    natural; right?
10       A.  Yes.                                         14:56:21
11       Q.  Have you -- other than the Blue Diamond Almond
12   Breeze, have you ever bought any other Blue Diamond
13   products?
14       A.  Not that I recall.  I -- I don't recall at all.
15   I may have bought a packet of almonds on a camping trip  14:56:35
16   or something like that, but I've never sought it for the
17   brand name or anything so I wouldn't know.
18       Q.  I may have asked you this, I apologize if I
19   did, but when you bought the Blue Diamond Almond Breeze
20   product in April of 2012, do you remember if you used   14:57:05
21   any coupon to buy it?
22       A.  I can't recall.
23       Q.  Do you remember if it was on sale?
24       A.  I can't recall.
25       Q.  And you can't recall how much you paid for it  14:57:21
```

Page 143

```
 1   specifically?  I think you told us earlier your best

 2   memory is somewhere between three and four dollars.

 3        A.  And that's just a guess, yes.

 4        Q.  Okay.  Earlier in the deposition I asked you

 5   for your definition of what "natural" means to you.  Do    14:57:55

 6   you remember that?

 7        A.  Yes.

 8        Q.  Do you know if the FDA has a definition of

 9   "natural"?

10        A.  I do not know what their definition of           14:58:03

11   "natural" is.

12        Q.  Do you know if they even have one?

13        A.  I don't.  I don't research that.

14        Q.  Do you know what the FDA is when I say "FDA"?

15        A.  Yes.                                             14:58:14

16        Q.  Food and Drug Administration?

17        A.  Yes.

18        Q.  Do you know if there's any legal definition of

19   "natural"?

20        A.  I wouldn't -- I wouldn't know.  As a consumer,   14:58:19

21   I just felt comfortable to be able to read that and feel

22   good about my purchase.

23        Q.  Are you familiar with the statutes as to what

24   can be included in a product and still call it organic?

25        A.  No.                                             14:58:43
```

Page 144

1     it or not, or at a friend's house?

2          A.  I wouldn't know, no.

3          Q.  Have you ever told your kids "Don't ever drink

4     Blue Diamond Almond Breeze"?

5          A.  I don't think so.  I don't think I forbid them,    15:01:33

6     no.

7          Q.  So other than the short phone calls and the

8     couple of meetings that you've had with Mr. Gore and on

9     Tuesday with Mr. Lovelace, and other than reviewing the

10    deposition transcript in the Brazil versus Dole case      15:02:11

11    that you told me about, since this lawsuit was filed in

12    May of 2012, have you done anything else in relation to

13    this lawsuit?

14         A.  No.

15         Q.  Have you reviewed any documents other than the    15:02:28

16    depo transcript that you told me about earlier today?

17         A.  No.

18         Q.  How much time have you spent on this lawsuit,

19    focusing on it, phone calls, reviewing documents?

20         A.  Several hours, maybe.                             15:02:41

21         Q.  You say "several hours."  How many hours are

22    you talking about?

23         A.  Collectively, maybe -- maybe ten.

24         Q.  And that's since May of 2012?

25         A.  Yeah.                                             15:02:56

Page 147

```
 1        Q.  Do you have an understanding of what a class

 2    action is?

 3        A.  Vague, vague.

 4        Q.  What's your understanding of what a class

 5    action is?                                            15:03:11

 6        A.  That -- I don't -- actually, I don't.  I'd feel

 7    stupid to try and even explain it so ...

 8        Q.  Do you have an understanding of what your role

 9    is in this case against Blue Diamond?

10        A.  That I might be representing a large class of    15:03:26

11    people that feels they've been lied to on a product like

12    this and their labeling.

13        Q.  Anything else?

14        A.  No.  I just think that's what my role is.

15            MR. CIRELLI:  At the break, I told Mr. Gore      15:03:43

16    that I was going to try to focus on the questions that I

17    feel I need to ask before we have a motion that's come

18    up, so I think I've now done that.  I don't think I'm

19    anywhere near my seven hours, so at this point I'd like

20    to stop and reserve whatever time I have left for the    15:03:58

21    future, in case I need it, but that may never occur.

22            THE WITNESS:  Okay.

23            MR. GORE:  Can we take just a five-, ten

24    minutes' tops break?  I have just a few questions and I

25    know I'll be done by 3:20, 3:25.  Would that work for    15:04:15
```

Page 148

1       DEPOSITION REPORTER'S CERTIFICATION

2

3           I, the undersigned, a California Certified

4   Shorthand Reporter, do hereby certify:

5           That the foregoing proceedings were taken

6   before me at the time and place herein set forth, at

7   which time the witness was administered the oath; that

8   the testimony of the witness and all objections made by

9   counsel at the time of the proceedings were recorded

10  stenographically by me, and were thereafter transcribed

11  under my direction; that the foregoing transcript

12  contains a full, true, and accurate record of all

13  proceedings.

14          I further certify that I am neither financially

15  interested in the action nor a relative or employee of

16  any attorney or party to this action.

17          IN WITNESS WHEREOF, I have this date subscribed

18  my name, dated this 10th day of February, 2014.

19

20

21

22

23      _____

24          THOMAS J. FRASIK, CSR No. 6961

25

Page 159