HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
MEGAN OLIVER THOMPSON, SBN 256654
moliverthompson@hansonbridgett.com
GEOFFREY R. PITTMAN, SBN 253876
gpittman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant Blue Diamond Growers

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of other similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE DIAMOND GROWERS,<br><br>　　　　Defendant. | CASE NO. 5:12-cv-02724 LHK<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date:　　April 24, 2014<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh<br><br>Action Filed:　　May 29, 2012 |

Defendant Blue Diamond Growers ("Blue Diamond") submits this Statement of Recent Decision under Civil Local Rule 7-3(d)(2).

Attached hereto as **Exhibit A** is a true and correct copy of Judge Pregerson's recent decision granting Defendant's Motion for Decertification in *In re: POM Wonderful LLC Marketing & Sales Practices Litigation*, No. ML 10-02199 DPP (RZx), 2014 U.S. Dist. LEXIS 40415 (C.D. Cal. Mar. 25, 2014). The attached decision is a relevant judicial opinion published after Blue Diamond filed its Opposition to Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel on March 7, 2014. The decision therefore meets the requirements of Civil Local Rule 7-3(d)(2).

DATED: April 1, 2014   HANSON BRIDGETT LLP

By: /s/ *Geoffrey R. Pittman*
LAWRENCE M. CIRELLI
MEGAN OLIVER THOMPSON
GEOFFREY R. PITTMAN
Attorneys for Defendant Blue Diamond Growers