UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated, ) ) ) | Case No.: 12-CV-02724-LHK |
| Plaintiff, ) ) v. ) ) | ORDER RE: ADMINISTRATIVE MOTION TO SEAL |
| BLUE DIAMOND GROWERS, ) ) Defendant. ) ) | |

Plaintiffs have filed an Administrative Motion to Seal portions of the Motion for Class Certification and two exhibits in support of the Motion for Class Certification. *See* ECF No. 73. Plaintiffs have not filed an unredacted version of these documents. The Court orders Plaintiffs to electronically file unredacted versions of the Motion for Class Certification, Exhibit L, and Exhibit S under seal pursuant to Civil Local Rule 79-5(d) by May 15, 2014 at 5 p.m.

**IT IS SO ORDERED.**

Dated: May 14, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge