1  HANSON BRIDGETT LLP
   LAWRENCE M. CIRELLI, SBN 114710
2  lcirelli@hansonbridgett.com
   MEGAN OLIVER THOMPSON, SBN 256654
3  moliverthompson@hansonbridgett.com
   GEOFFREY R. PITTMAN, SBN 253876
4  gpittman@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendant Blue Diamond Growers

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11

12  CHRIS WERDEBAUGH, individually and on     CASE NO. 5:12-cv-02724 LHK
    behalf of other similarly situated,
                                              **STATEMENT OF RECENT DECISIONS**
13              Plaintiff,

14       v.                                   Date:    May 22, 2014
                                              Time:    1:30 p.m.
15  BLUE DIAMOND GROWERS,                     Place:   Courtroom 8, 4th Floor
                                              Judge:   Hon. Lucy H. Koh
16              Defendant.
                                              Action Filed:    May 29, 2012
17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT BLUE DIAMOND GROWERS' STATEMENT OF RECENT DECISIONS

1    Defendant Blue Diamond Growers ("Blue Diamond"), through its undersigned counsel,

2  submits this Statement of Recent Decisions under Civil Local Rule 7-3(d)(2) to bring to the

3  Court's attention two relevant judicial opinions published after Blue Diamond filed its Opposition

4  to Plaintiff's Motion for Class Certification, Appointment of Class Representative and

5  Appointment of Class Counsel on March 7, 2014: *Caldera v. The J.M. Smucker Co.*, No. CV 12-

6  4936-GHK (VBKx), 2014 U.S. Dist. LEXIS 53912 (C.D. Cal. Apr. 15, 2014) (attached hereto as

7  **Exhibit A**); and *Lanovaz v. Twinings North America, Inc.*, No. C 12-02646-RMW, 2014 U.S.

8  Dist. LEXIS 57535 (N.D. Cal. Apr. 24, 2014) (attached hereto as **Exhibit B**).

9

10

11  DATED: May 16, 2014                        HANSON BRIDGETT LLP

12

13                                             By:  /s/ *Geoffrey R. Pittman*
                                                    LAWRENCE M. CIRELLI
14                                                  MEGAN OLIVER THOMPSON
                                                    GEOFFREY R. PITTMAN
15                                                  Attorneys for Defendant Blue Diamond Growers

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT BLUE DIAMOND GROWERS' STATEMENT OF RECENT DECISIONS