UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>BLUE DIAMOND GROWERS,<br><br>      Defendant. | Case Nos.: 12-CV-02724-LHK; 14-CV-00091-LHK<br><br>CASE MANAGEMENT ORDER |
| LEVON TCHAYELIAN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>BLUE DIAMOND GROWERS, and DOES 1 through 10, inclusive,<br><br>      Defendants. | |

Clerk:  Martha Parker Brown    Plaintiff Werdebaugh's Attorney: Brian Herrington
Reporter:  Lee-Anne Shortridge   Plaintiff Tchayelian's Attorney: Chant Yedalian
                Defendant Attorney: Lawrence Cirelli

   A Case Management Conference in these related cases was held on May 22, 2014 along with a hearing on the Motion for Class Certification in *Werdebaugh*. Further case management conferences in both cases are set for September 17, 2014 at 2 p.m.

   The Court denied Tchayelian's request to lift the stay in 14-CV-00091. The Court will issue an order in *Tchayelian* regarding the status of the stay shortly after it issues the class certification order in *Werdebaugh*.

1

Case Nos.: 12-CV-02724-LHK, 14-CV-00091-LHK
CASE MANAGEMENT ORDER

The case schedule in *Werdebaugh* remains as set:

FACT DISCOVERY CUTOFF: July 18, 2014

EXPERT DISCOVERY:
    Opening Reports:    August 1, 2014
    Rebuttal Reports:    August 25, 2014
    Cut-off:    September 12, 2014

DISPOSITIVE MOTIONS shall be filed by October 2, 2014, and set for hearing no later than November 13, 2014 at 1:30 p.m. The parties shall be limited to one motion for summary judgment or summary adjudication per side in the entire case.

PRETRIAL CONFERENCE: January 15, 2015 at 1:30 p.m.

JURY TRIAL: March 6, 2015 at 9 a.m. Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: May 22, 2014

                                                  _____
                                                  LUCY H. KOH
                                                  United States District Judge