NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE DIAMOND GROWERS,<br><br>Defendant. | Case No.  5:12-CV-02724 LHK (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 2**<br><br>[Re:  Dkt. 143] |

In Discovery Dispute Joint Report (DDJR) No. 2, plaintiff seeks an order compelling defendant to produce documents responsive to his second set of requests for production. Plaintiff's request is denied without prejudice because the record indicates that his meet-and-confer efforts leading up to the instant DDJR were less than stellar and that the parties have not actually had meaningful negotiations over the information being requested.  Plaintiff argues in highly conclusory fashion that defendant's discovery responses are deficient, without explaining how or why that is so with respect to each of the 29 requests at issue.  He also fails to address defendant's specific arguments and assertions as to the discovery it is willing provide, and the discovery that it cannot or will not provide for various reasons.  In sum, the issues were not

1    properly teed up for the court on this DDJR.

2    **SO ORDERED**.

3    Dated:   July 24, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-02724-LHK Notice has been electronically mailed to:

Ben F. Pierce Gore     pgore@prattattorneys.com, cotto@prattattorneys.com, dawn@cfbfirm.com, ntmaddux@barrettlawgroup.com, PTaylor@barrettlawgroup.com, rtrazo@prattattorneys.com

Brian K Herrington     bherrington@barrettlawgroup.com, bherrington@pacernotice.com

Chant Yedalian     chant@chant.mobi, chantyed@aol.com, chantyed@gmail.com

Colin Harvey Dunn     chd@cliffordlaw.com, docket@cliffordlaw.com, jg@cliffordlaw.com, jmg@cliffordlaw.com, ksr@cliffordlaw.com

Dewitt Marshall Lovelace , Sr     courtdocs@lovelacelaw.com

Gary McKay Yarborough , Jr     ylf.garyyarborough@att.net

Geoffrey R. Pittman     gpittman@hansonbridgett.com, calendarclerk@hansonbridgett.com, ypete@hansonbridgett.com

Lawrence M. Cirelli     lcirelli@hansonbridgett.com, calendarclerk@hansonbridgett.com, rcarrillo@hansonbridgett.com

Megan Oliver-Thompson     moliverthompson@hansonbridgett.com, calendarclerk@hansonbridgett.com, nward@hansonbridgett.com