1    HANSON BRIDGETT LLP
     LAWRENCE M. CIRELLI, SBN 114710
2    lcirelli@hansonbridgett.com
     MEGAN OLIVER THOMPSON, SBN 256654
3    moliverthompson@hansonbridgett.com
     GEOFFREY R. PITTMAN, SBN 253876
4    gpittman@hansonbridgett.com
     425 Market Street, 26th Floor
5    San Francisco, California 94105
     Telephone:    (415) 777-3200
6    Facsimile:    (415) 541-9366

7    Attorneys for Defendant
     BLUE DIAMOND GROWERS

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12   CHRIS WERDEBAUGH, individually and on      CASE NO. 12-cv-02724-LHK
     behalf of all others similarly situated,
13                                              **DECLARATION OF MEGAN OLIVER**
                   Plaintiff,                   **THOMPSON IN SUPPORT OF REPLY IN**
14                                              **SUPPORT OF DEFENDANT BLUE**
            v.                                  **DIAMOND GROWERS' MOTION TO**
15                                              **DECERTIFY THE RULE 23(b)(3)**
     BLUE DIAMOND GROWERS,                      **DAMAGES CLASS**
16
                   Defendant.                   Date:    December 4, 2014
17                                              Time:    1:30 p.m.
                                                Dept.:   Courtroom 8 / 4th Floor
18                                              Judge:   Hon. Lucy H. Koh

19

20          I, Megan Oliver Thompson, declare as follows:

21          1.     I am a member in good standing of the California State Bar and an attorney with

22   the law firm of Hanson Bridgett LLP, counsel of record for defendant Blue Diamond Growers

23   ("Blue Diamond") in this matter.  I make this declaration based on my personal knowledge and in

24   support of Blue Diamond Grower's Reply in Support of its Motion to Decertify the Rule 23(b)(3)

25   Damages Class.  If called upon to testify as to the contents of this declaration in a court of law, I

26   could and would competently do so.

27          2.     Plaintiff served his first set of written discovery requests, including requests for

28   production of documents, request for admissions, and special interrogatories on October 25, 2012.

1 │ Blue Diamond served its responses to Plaintiff's first set of written discovery on January 25, 2013.
2 │ Plaintiff then served his second set of requests for production of documents on February 10, 2014,
3 │ to which Blue Diamond responded on March 17, 2014.  Plaintiff has not served any written
4 │ discovery requests since that time.

5 │     3.     Blue Diamond began producing documents in response to Plaintiff's requests for
6 │ production of documents on February 8, 2013.  Blue Diamond continued to produce documents
7 │ through and including September 9, 2014 in accordance with Plaintiff's discovery requests and
8 │ orders issued by Magistrate Judge Lloyd resolving discovery disputes between the parties.  As of
9 │ the date of this declaration, there are no outstanding discovery disputes concerning the production
10 │ of documents.

11 │     4.     On August 29, 2014, Plaintiff served the opening report of his damages expert, Dr.
12 │ Oral Capps.  On September 22, 2014, Blue Diamond served the rebuttal report of its damages
13 │ expert, Dr. Keith R. Ugone.  On October 7, 2014, three days before the expert discovery cutoff,
14 │ Plaintiff served Dr. Capps' supplemental expert report, by which he responded to Dr. Ugone's
15 │ rebuttal report.

16 │     5.     On November 13, 2014, the same day Plaintiff filed his opposition to Blue
17 │ Diamond's motion to decertify the Rule 23(b)(3) damages class, Plaintiff served the Second
18 │ Supplemental Expert Report of Dr. Oral Capps, Jr.

19 │     6.     All of the factual information that Dr. Capps states he considered in preparing his
20 │ three expert reports was produced by Blue Diamond, or was otherwise available to Dr. Capps, on
21 │ or before August 29, 2014, the date on which he submitted his opening expert report.  This
22 │ information includes pricing data from Information Resources, Inc., certain of Blue Diamond's
23 │ wholesale and retail pricing information, information regarding Blue Diamond's product labels
24 │ and the labeling of its competitors' products, and Blue Diamond's responses to written discovery
25 │ requests.

26 │ //
27 │ //
28 │ //

1    7.    A true and correct copy of the Declaration of Keith R. Ugone, Ph.D in Response to

2 the Second Supplemental Expert Report of Dr. Oral Capps, Jr. is attached hereto as Exhibit A.

3    I declare under penalty of perjury that the foregoing is true and correct and that I am

4 competent to testify to the facts contained in this declaration if called as a witness.

5    Executed on November 20, 2014 in San Francisco, California.

6

7                                        /s/Megan Oliver Thompson
                                         MEGAN OLIVER THOMPSON
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPORTING DECLARATION OF MEGAN OLIVER THOMPSON

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CHRIS WERDEBAUGH, individually and
on behalf of all others similarly situated,

        Plaintiff,

        v.

BLUE DIAMOND GROWERS,

        Defendant.

Case No. 5: 12-CV-02724 LHK

## DECLARATION OF KEITH R. UGONE, PH.D. IN RESPONSE TO THE SECOND SUPPLEMENTAL EXPERT REPORT OF DR. ORAL CAPPS, JR.

**November 20, 2014**

**DECLARATION OF KEITH R. UGONE, PH.D. IN RESPONSE TO THE
SECOND SUPPLEMENTAL EXPERT REPORT OF DR. ORAL CAPPS, JR.**

**November 20, 2014**

I, Keith R. Ugone, hereby declare:

1.    I am an economist and have been retained as an economics and damages expert for Blue
Diamond Growers ("Blue Diamond") in the matter of *Chris Werdebaugh, et al. v. Blue
Diamond Growers* (Case No. 5: 12-CV-02724 LHK). [1]   I make this declaration in
response to the Second Supplemental Expert Report of Dr. Oral Capps, Jr. ("Dr. Capps")
filed on November 13, 2014 ("Capps Second Supplemental Report").   Except as
otherwise indicated, I have personal knowledge of the following facts and, if called to
testify, could and would competently testify to the facts set forth below.

2.    In order to determine the proper measure of restitution for the defined Class (if any)
resulting from the at-issue label statements, the Court's Order directed that "Werdebaugh
must present a damages methodology that can determine the price premium attributable
to Blue Diamond's use of the labeling statements 'All Natural' and 'Evaporated Cane
Juice.'" [2]   Dr. Capps was charged with the responsibility to develop and implement a
model which would "control for other factors that could affect Blue Diamond's sales
ensur[ing] that Dr. Capps' damages figures are ***tied only to Blue Diamond's liability***." [3]

3.    In allowing Dr. Capps to proceed with his proposed regression damages methodology,
the Court anticipated that Dr. Capps' regression models would: (i) "[C]ontrol for other
factors (such as price, seasonality, and regional differences) that could explain changes in

---

[1] My qualifications and experience are contained in the Rebuttal Expert Report of Keith R. Ugone, Ph.D., dated
September 22, 2014 ("Ugone Rebuttal Report").

[2] Order Granting in Part and Denying in Part Plaintiff's Motion for Class Certification ("Order"), May 23, 2014, p.
39.

[3] Order, p. 44. [Emphasis added.]

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

Blue Diamond's sales figures that may otherwise erroneously be attributed to Blue Diamond's label statements"[4] (ii) "[C]ontemplate factors other than the alleged misbranding which might influence price changes over time, including 'expenditures associated with the advertising and promotion' of the products at issue, prices of complementary products, disposable personal income of consumers, and population."[5]; and (iii) "[I]solate the effect of the allegedly misleading label change on the price of Defendant's products by controlling for various factors other than the label change itself, such as regional price variance, price changes that result from increasing or decreasing demand for complementary products, and inflation."[6]

4.    I have received and reviewed the Capps Second Supplemental Report and find that, despite the alterations Dr. Capps has made to his data and methodology, to the contrary, Dr. Capps' regression models do not control for regional differences, do not control for advertising expenditures, do not control for distribution channel differences or retail chain differences, and do not control for "other factors" that "could explain changes in Blue Diamond's sales figures that may otherwise erroneously be attributed to Blue Diamond's label statements." These "other factors" include, but are not limited to, other labeling claims (e.g., the "Evaporated Cane Juice" claim that prior to Plaintiff's Memorandum in Opposition to Defendant's Motion to Decertify had been identified by

---

[4] Order, p. 46.

[5] Order, p. 46.

[6] Order, pp. 46 – 47.

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

Plaintiffs as having an impact on price, and other labeling claims that may be relevant to consumer choice and product prices).[7]

5.    As a result, Dr. Capps' regression models continue to fail to control for "other factors that could affect Blue Diamond's sales", and therefore (a) continue to fail to isolate the effect of the "All Natural" Blue Diamond labeling claim on price and (b) continue to fail to demonstrate reliably that any price premium is due to the at-issue "All Natural" Blue Diamond labeling claim rather than the Blue Diamond brand, other labeling claims, or other factors.

6.    I have formed the following preliminary observations based on the limited amount of time available for my review (which I summarize here and provide detail later in this declaration).

a.    **Failure To Verify Labeling Claims Of Non-Blue Diamond Products**. Dr. Capps has accepted my corrections of several defects in the underlying data used in his regression analysis. I discussed these data defects in the Rebuttal Expert Report of Keith R. Ugone dated September 22, 2014 ("Ugone Rebuttal Report") and Reply Declaration of Keith R. Ugone dated October 30, 2014 ("Ugone Reply Declaration").[8] However, Dr. Capps continues to fail to verify the labeling claims of non-Blue Diamond products (over the Class period). Because of this failure to verify the underlying labeling claim data used in his regression analysis, Dr. Capps' models do not demonstrate reliably that any price premium his regression models produce are due to the labeling claim and not to other factors.

---

[7] In addition, in my Expert Rebuttal Report, I noted that in Figure 6 of that Report, a picture of a 32 ounce carton of Blue Diamond Almond Breeze shelf stable vanilla almond milk, aside from brand and flavor, as examples, also includes the following information on the package: (1) 80 calories per serving, (2) soy free, (3) lactose free, (4) "the preferred taste alternative," (5) "50% more calcium than milk," (6) "free of: dairy, soy, lactose, cholesterol, peanuts, casein, gluten, eggs, saturated fat, and MSG," (7) "Taste Guarantee," and (8) nutrition facts. Any and all of these label statements provide important information to at least some customers and may have an impact on the price of the product. However, none of these claims are captured by Dr. Capps in his model.

[8] I incorporate by reference the information, observations, and opinions contained in the Ugone Rebuttal Report and the Ugone Reply Declaration. Dr. Capps did not accept or acknowledge certain of these defects in his Supplemental Report dated October 7, 2014, but now acknowledges the correctness of my prior observations in his Second Supplemental Report.

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

---

b.  **Failure To Account For Regional Mix And Channel Of Distribution Mix Differences**. Dr. Capps in his regression analysis still fails to control for the effects on prices of differences in regional mix and channel of distribution mix despite: (i) an expectation from the Court to do so; and (ii) evidence from the Expert Report of Keith R. Ugone dated March 7, 2014 ("Ugone Report") that prices vary significantly across regions and channels of distribution.

c.  **Failure To Disclose Methodological Changes In Narrative**.  In contrast to Dr. Capps' implication that the changes to his regression analysis are minor corrections, Dr. Capps has made <u>substantial</u> changes to his regression models.  Regarding these changes made by Dr. Capps, (i) some changes were not disclosed by Dr. Capps in the narrative to his Capps Second Supplemental Report and (ii) some changes were not aligned with Dr. Capps' original methodology.

d.  **Dr. Capps' Changes Have a Significant Impact On His Findings**. Contrary to Dr. Capps' statements, the changes to his regressions models contained in his second supplemental report demonstrate that (i) Dr. Capps' results are not robust (i.e., they change significantly with the changes Dr. Capps implements in response to my evaluations of his models, despite Dr. Capps' implication that these changes are minor) and (ii) when adjusted to align with his original methodology, there is no price premium associated with the "All Natural" label claim.

7.  A full description of each of the aforementioned observations is provided throughout my declaration (i.e., narrative and associated exhibits).

I.  **FAILURE TO VERIFY LABELING CLAIMS OF NON-BLUE DIAMOND PRODUCTS**

8.  Dr. Capps has not cured all of the underlying data defects associated with his regression models.  In response to the Ugone Rebuttal Report, Ugone Reply Declaration, and a "review" conducted by Chris Werdebaugh, Dr. Capps made the following changes to the data utilized in his regression models: (i) all Silk products sold from the beginning of the Class Period through December 2012 contain the "All Natural" label statement; (ii) all Pacific products sold throughout the Class Period contain the "All Natural" label

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

---

statement; and (iii) all Private Label products were removed from the data Dr. Capps uses

in his regression analysis.[9]

9.    Given these changes made by Dr. Capps, I make the following observations.

   a.  **Dr. Capps still has not performed any historical analysis of label claims for the non-Blue Diamond products included in his regression models**.[10] In the Ugone Rebuttal Report, I offered examples of products that contained the "All Natural" label statement for at least a portion of the Class Period (e.g., the Silk and Pacific products). I did this to demonstrate that Dr. Capps had not conducted the necessary research to determine the use, or lack thereof, of an "All Natural" label statement among the products included in his regression analyses. In response, Dr. Capps accepted the examples that I offered in the Ugone Rebuttal Report. However, Dr. Capps did not perform the necessary analysis of label claims across all products included in his regression models[11] and across the Class Period to verify that his underlying assumption was correct that no other product(s) contained an "All Natural" label claim. Moreover, in my discussion of Pacific's labeling practices, I stated that "I understand that milk-substitute products produced by Pacific Foods of Oregon...are all **currently labeled** as either 'All Natural' or 'Organic,' and were **similarly labeled in 2013**."[12] Highlighting the fact that Dr. Capps did not sufficiently verify the labeling histories of the products included in his regression models, Dr. Capps has mis-stated my findings with respect to the Pacific labeling. Dr. Capps has treated the Pacific products as displaying an "All Natural" claim **throughout the entire Class Period**. I made no such statement and Dr. Capps has not verified the Pacific label claims and other product label claims (or the absence thereof) over the Class Period.

   b.  **By not verifying the label claims of other products, Dr. Capps' regression models cannot isolate the price premium, if any, attributable to an "All Natural" label claim**. By not verifying the labeling claims of non-Blue Diamond products, Dr.

---

[9] Capps Second Supplemental Report, pp. 4 – 5.

[10] I understand the Plaintiffs have requested that the "Evaporated Cane Juice" claim be dropped from this litigation. I am referring here to the remaining "All Natural" claim, but this would remain true for the "Evaporated Cane Juice" claim, as well, were it to be included in Dr. Capps' analyses.

[11] In addition to Silk and Pacific branded products, Dr. Capps' regression analysis included products sold under the following brands: (1) Living Harvest, (2) Soy Dream, (3) So Delicious, (4) Westsoy, (5) Kikkoman Pearl, (6) Knudsen Soysations, (7) Almond Dream, and (8) Eighth Continent. Beyond accepting certain corrections to the labeling variables I offered in my Ugone Rebuttal Report, Dr. Capps has not performed any research regarding the "All Natural" label claim variable for each of these brands included in his regression analyses. He also has not performed any research regarding other label claims which may be important to isolating the effect of the "All Natural" label claim on price from other effects – including, but not limited to, the "Evaporated Cane Juice" claim (which, prior to Plaintiff's Memorandum in Opposition to Defendant's Motion to Decertify" had been identified by Plaintiffs as having an impact on price).

[12] Ugone Rebuttal Report, p. 35. [Emphasis added.]

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

> Capps' regression models cannot reliably determine (within Dr. Capps' framework) whether the claimed price premiums (if any) generated by these models are tied solely to "All Natural" labeling claims or some other factor(s). This is because it is unknown whether the non-Blue Diamond products did or did not also make an "All Natural" labeling claim.[13]

10.    Moreover, the above changes highlight an additional assumption Dr. Capps has made in his new regression models. Dr. Capps' new regression models purport to estimate a general price effect associated with an "All Natural" claim (if all of the other issues I have identified that are associated with Dr. Capps' analysis are ignored for this discussion). They do not purport to estimate the brand-specific price effect that an "All Natural" claim has on Blue Diamond products, as the Court has required.

## II.    FAILURE TO ACCOUNT FOR REGIONAL MIX AND CHANNEL OF DISTRIBUTION MIX DIFFERENCES

11.    In the Capps Second Supplemental Report, Dr. Capps fails to account for regional mix and channel of distribution mix differences. Dr. Capps makes no mention of the effects on prices of differences in regional mix and channel of distribution mix and does not include any additional explanatory variables in his regression models to control for these differences. In the Declaration of Oral Capps, Jr. in Support of Plaintiff's Opposition to Blue Diamond's Motion to Decertify Class Action ("Capps Declaration"), Dr. Capps states:

---

[13] I understand that in the matter of *Chad Brazil, et al. v. Dole Packaged Foods, LLC* (Case No.: 12-CV-01831-LHK), Dr. Capps presented a similar hedonic price regression relating to an "All Natural" label claim. In the Order Granting in Part and Denying in Part Defendant's Motion to Decertify for the Dole matter, Judge Koh discussed Dr. Capps' lack of verification of the labeling claims of non-Dole products, stating that "Dr. Capps did not check in person whether the non-Dole brands he assumed had no 'All Natural' label actually had one." Judge Koh went on to state that, "So if the model is unsure whether the non-Dole products actually made an 'All Natural' labeling claim, then how can the Court know whether the price premium the model generates is based on Dole's labeling claim rather than on some other factor? Put simply, it cannot...Dr. Capps' failure to adequately verify the labels of non-Dole products is fatal to his analysis." *Chad Brazil, et al. v. Dole Packaged Foods, LLC* (Case No.: 12-CV-01831-LHK), Order Granting in Part and Denying in Part Defendant's Motion to Decertify dated November 6, 2014, pp. 19 – 20.

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

> Concerning the issue of regional price differences, price differences across
> channels of distribution and promotions, I accounted for these through the
> creation of the weighted average price per ounce [the dependent variable
> in Dr. Capps' regression analysis].[14]

12. In response to Dr. Capps' assertion, I make the following observations.

    a. **Region and distribution channel are important considerations to include in Dr. Capps' hedonic pricing regression analyses as explanatory variables**. As Dr. Capps states in the Capps Declaration, "[t]he hedonic method is designed to measure the value placed on product attributes such as an 'All Natural' claim **while controlling for other characteristics that may also impact prices**."[15] Beyond the physical attributes of the product, other characteristics important to price include when the product was purchased, in what distribution channel (e.g., grocery, mass merchandise outlet), and in what geographic location. These are important characteristics to control for because consumer preferences, including the values assigned to an "All Natural" label statement, can vary significantly across consumers in different regions, distribution channels, and over time. Without controlling for these confounding factors, it is unknown whether an observed price premium (if any) is attributable to the label claim or some other factor (such as region or distribution channel).

    For example, if the regional mix of sales differs between two products, one bearing an "All Natural" claim and one without the claim, with one product (e.g., the product bearing the "All Natural" claim) having a higher proportion of sales in areas with higher average prices (e.g., San Francisco) than in areas with lower average prices (e.g., Sacramento), it would be necessary to control for these regional sales mix differences in order for the regression models to distinguish between the effects of regional sales mix and the "All Natural" label claim on price. Dr. Capps failed to control for varying consumer preferences across regions and distribution channels, despite the fact that (i) I demonstrated significant variation in product prices across regions and distribution channels,[16] and (ii) the Court anticipated that Dr. Capps would control for regional differences in his regression analysis, stating that "Dr. Capps' Regression Model controls for any such regional differences to ensure that the resulting damages figures only cover the benefit Blue Diamond received from its

---

[14] Declaration of Oral Capps, Jr. in Support of Plaintiff's Opposition to Blue Diamond's Motion to Decertify Class Action dated November 13, 2014, p. 7. [Bracketed text added for clarification.]

[15] Declaration of Oral Capps, Jr. in Support of Plaintiff's Opposition to Blue Diamond's Motion to Decertify Class Action dated November 13, 2014, p. 4. [Emphasis added.]

[16] I demonstrated in the Ugone Report that prices varied significantly across sales channels (for example, on average, Blue Diamond's 32 oz. shelf stable chocolate product was priced 30% higher in the grocery store sales channel than the mass merchandise sales channel in 2012) and regions (for example, on average, Blue Diamond's 32 oz. shelf stable original product was priced 40% higher in San Francisco/Oakland than in Sacramento in 2012). Ugone Report, p. 40.

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

label statements." [17], [18]   Therefore, the price premiums generated by Dr. Capps'
regression models cannot be tied solely to "All Natural" labeling claims. Similarly, if
the mix of sales differs by distribution channel, with one product having a greater
percentage of sales in distribution channels with higher average prices (e.g., grocery)
and another having a greater percentage of sales in distribution channels with lower
average prices (e.g., mass merchandise outlet), the same phenomenon would apply.

b. **Dr. Capps' reasoning for excluding explanatory variables to control for the
effects on prices of differences in regional mix and channel of distribution mix
actually supports their inclusion in his regression models**.  Dr. Capps claims that
"[b]ecause any price differences attributed to region, distribution channels, and
promotion are part of the dependent variable [price], there is no need to use these as
explanatory variables in the hedonic regression models." [19]  However, it is precisely
because differences in regional mix and channel of distribution mix by product are
reflected in the prices of the products that Dr. Capps' regression models would need
to control for the price differences using explanatory variables in order to isolate their
effects from the effect of the "All Natural" claim on price. [20]

## III.    FAILURE TO DISCLOSE METHODOLOGICAL CHANGES IN NARRATIVE

13.    Dr. Capps implies that the changes made to his regression analyses are minimal.  Dr.

Capps states that he only (a) changed the value of label claim variables associated with

Silk and Pacific (i.e., changing Silk to have the label claim from the beginning of the

Class Period through December 2012, and changing Pacific to have the label claim

throughout the Class Period) and (b) removed Private Label sales data.  According to Dr.

---

[17] Order, p. 43.

[18] Dr. Capps has included dummy variables for years and quarters, but asserts that in so doing he has effectively controlled for the effect of advertising expenditures.  However, these variables (a) are meant to control for variation in consumer preferences across time, and (b) are common to all brands and therefore cannot control for each brand's level of advertising expenditures and associated impacts on prices and sales.

[19] Declaration of Oral Capps, Jr. in Support of Plaintiff's Opposition to Blue Diamond's Motion to Decertify Class Action dated November 13, 2014, p. 7. [Bracketed text added for clarification.]

[20] Similarly, in the Dole matter, I understand that Dr. Capps excluded advertising expenditures from his regression analysis because "it's reflected in part as part of the [retail] price."  In response to this, the Court stated that "[i]t is precisely because advertising expenditures 'would be reflected in the retail price' that a model would need to control for it."  See *Chad Brazil, et al. v. Dole Packaged Foods, LLC* (Case No.: 12-CV-01831-LHK), Order Granting in Part and Denying in Part Defendant's Motion to Decertify dated November 6, 2014, p. 18.

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

Capps, he otherwise "utilized the same variables I [Dr. Capps] utilized as described in

paragraph 20 of my initial report."[21]

14.    In response to Dr. Capps' assertion, I make the following observations.

a. **The changes that Dr. Capps discusses in the narrative to the Capps Second Supplemental Report are significant in magnitude**.  The changes implemented by Dr. Capps and explained in the narrative to his second supplemental report lead to a large change in the number of data observations used in Dr. Capps' regression analysis.

i. The change Dr. Capps implemented to omit private label products corresponds to a 12 percent decrease in total observations (i.e., from a combined total of 28,265 observations across his six regression models included in Dr. Capps' original regression analysis to a combined total of 24,859 observations in his new regression models).[22]

ii. By changing the label claims associated with the Silk and Pacific products, Dr. Capps has changed the label claim values for 5,032 observations, or 20 percent of the label claim observations included in his six regression models.[23]

The change in Dr. Capps' damages figures reflects the magnitude of the changes implemented in his updated regression analysis, declining from ███████████ to ███ ███ , a decrease of ██ percent.

b. **Dr. Capps fails to disclose in the narrative to his Second Supplemental Report that he also implemented important changes to his regression methodology, which have a material impact on his estimated coefficients for the label claim variable**.  As I noted in the Ugone Rebuttal Report, in his initial regression analysis, Dr. Capps explicitly omitted the Private Label brand dummy variable from his regression analyses – the econometric technique for designating Private Label as the "reference category" for all brands included in his analysis.  This meant that his brand coefficients measured claimed price premiums associated with the brands listed in his

---

[21] Capps Second Supplemental Report, pp. 4 – 5.

[22] An "observation" in Dr. Capps' regression analyses (with respect to price) is defined as the average price (i.e., dollar sales divided by ounces sold) for weekly periods between the weeks ending January 11, 2009 and June 15, 2014 for the combination of a brand (e.g., Silk), product type (i.e., shelf-stable or refrigerated), flavor (i.e., chocolate, vanilla, or original), and package size (e.g., 32 ounce).

[23] Dr. Capps' label claim variable (formerly called "LABELING_CLAIM" and now called "LABELING_CLAIM_WSBDP" or "LABELING_CLAIM_WSBD," depending on the regression model) formerly purported to measure the impact of the Blue Diamond labeling claim on Blue Diamond prices, but now purports to measure the shared impact of the labeling claim on multiple brands (i.e., Blue Diamond, Silk, Pacific).  Therefore, contrary to Dr. Capps' description of his amendments to his regression analysis, Dr. Capps changed the definition of his label claim variable, which is the variable of interest.

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

regression **as compared to private label products**. In his new analyses, Dr. Capps has excluded Private Label data altogether. As a result, Dr. Capps must assign a new reference category for use in his regression analyses. However, Dr. Capps does not explicitly identify in the narrative to his report the new reference category being used. Rather, without disclosing his new (i.e., changed) methodology, Dr. Capps now has **omitted multiple brand dummy variables** from each of his regression models.

The newly omitted multiple brand dummy variables are presented in **Table 1** below (see **Exhibit 1** for a complete comparison of the variables included in Dr. Capps' original and revised regression analyses).

**Table 1**
**Brand Variables Included in Dr. Capps' Original Regression Analysis
and Now Excluded from Dr. Capps' Updated Regression Analysis**

| Model | Brand Variables Excluded | | |
|---|---|---|---|
| Shelf Stable Vanilla | Kikkoman Pearl | Pacific | |
| Shelf Stable Original | Kikkoman Pearl | Pacific | Almond Dream |
| Shelf Stable Chocolate | Kikkoman Pearl | Soy Dream | Silk |
| Refrigerated Vanilla | Silk | So Delicious | Eighth Continent |
| Refrigerated Original | Silk | So Delicious | Eighth Continent |
| Refrigerated Chocolate | Silk | Hood data are also excluded[24] | Eighth Continent |

By making the aforementioned changes (which are not consistent across regression equations), each of Dr. Capps' regression models (a) **constrains the effect of all the excluded brands to be the same** (because they are modeled and treated the same), and (b) means that the reference categories from which comparisons are made are different in five of the six regression equations. Constraining the effect of all of the excluded brands to be the same is akin to assigning all products under these multiple brands to a single, shared "hybrid" brand. For example, in his shelf stable original regression model, Dr. Capps excluded the Kikkoman Pearl, Pacific, and Almond Dream brand variables. Therefore, his new model cannot distinguish between the effects of these brands on price individually; the new model groups all Kikkoman Pearl, Pacific, and Almond Dream products together. This undisclosed (and confounding) specification occurs in all six of Dr. Capps' new regression models.

---

[24] Dr. Capps did not only omit the Hood brand variable from this regression model, but he also removed all Hood observations, without stating in his Second Supplemental Report that he has done so. While Dr. Capps does not discuss this, this omission it is likely due to the fact that the Hood products that he included in his original regression analysis were **dairy** products (and not non-dairy products) and should have been excluded originally.

- 10 -

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

## IV.    DR. CAPPS' CHANGES HAVE A SIGNIFICANT IMPACT ON HIS FINDINGS

15.    In response to Dr. Capps' data and methodological changes discussed above, I make the

following observations.

a.    **Dr. Capps' regression models are not robust, as key coefficients have changed significantly in magnitude as a result of his changes.** As presented in **Exhibit 2**, the changes Dr. Capps implemented to his regression analyses has led to significant changes in the value of the coefficients used to evaluate a claimed price premium associated with an "All Natural" labeling claim. Based upon a comparison of Dr. Capps' original regression results with his new regression results, the coefficient of interest (i.e., the coefficient on the labeling claim) has changed in the following ways.

   i.    Shelf Stable Vanilla Label Coefficient: a ▮ percent decrease.

   ii.    Shelf Stable Original Label Coefficient: a ▮ percent decrease.

   iii.    Shelf Stable Chocolate Label Coefficient: a ▮ percent decrease.

   iv.    Refrigerated Vanilla Label Coefficient: a ▮ percent decrease.

   v.    Refrigerated Original Label Coefficient: a ▮ percent increase.

   vi.    Refrigerated Chocolate Label Coefficient: a ▮ percent decrease.

b.    **Dr. Capps' decision (not described in the narrative to his report) to omit multiple brand dummy variables has important implications for Dr. Capps' findings.** As presented in **Exhibit 3**, when adjusted to utilize a single brand as the reference category (i.e., consistent with Dr. Capps' original regression analysis), each of Dr. Capps' labeling claim coefficients becomes either negative, statistically insignificant, or both, indicating that Dr. Capps' new regression models **do not demonstrate any price premium associated with the "All Natural" claim**.[25]

---

[25] I have replicated all six of Dr. Capps' regression models. After replicating his models, I adjusted them to exclude only a single brand variable as the reference category (i.e., allowing each brand to exhibit its own effects on price). Making these changes, Dr. Capps' adjusted models produced the following results: (1) for the shelf stable vanilla model, I omitted only the Pacific brand variable and the labeling claim coefficient became negative and statistically insignificant (and therefore not statistically different from zero); (2) for the shelf stable original model, I omitted only the Pacific brand variable and the labeling claim coefficient became negative and statistically insignificant (and therefore not statistically different from zero); (3) for the shelf stable chocolate model, I omitted only the Silk brand variable and the labeling claim coefficient became negative and statistically insignificant (and therefore not statistically different from zero); (4) for the refrigerated vanilla model, I omitted only the Silk brand variable and the labeling claim coefficient became statistically insignificant (and therefore not statistically different from zero); (5) for the refrigerated original model, I omitted only the Silk brand variable and the labeling claim coefficient became statistically insignificant (and therefore not statistically different from zero); and (6) for the refrigerated chocolate

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

_____

V.    **CONCLUSION**

16.    I conclude that, for all of the reasons stated throughout the Ugone Rebuttal Report,
Ugone Reply Declaration, and this declaration, Dr. Capps has (a) failed to abide by the
guidance reflected in the Court's Order, which required him to isolate the impact of the
at-issue label statements on Blue Diamond's product prices and (b) failed to provide a
reliable methodology for evaluating class-wide damages <u>due solely to the at-issue label
statements</u>.

17.    Additionally, the assertions made by Dr. Capps that I responded to in this declaration
demonstrate  that Dr. Capps' regression approach does not abide by the guidance
reflected in the Court's Order.  Dr. Capps addressed other points I made in the Ugone
Rebuttal Report and Ugone Reply Declaration that I do not comment on in this
declaration.   While I have not addressed each of the assertions made by Dr. Capps in this
declaration, that does not imply I agree with them.  The conclusions and support that I
provided in the Ugone Rebuttal Report and Ugone Reply Declaration still stand.

* * * * * *

18.    My analyses and opinions contained in this declaration are based upon information
available to date.  I reserve the ability to review documents, deposition transcripts, or
other information still to be produced by the Parties to this dispute and to supplement my
opinions based upon that review.

_____

model, I omitted only the Silk brand variable and the labeling claim coefficient became statistically insignificant
(and therefore not statistically different from zero).

Declaration of Keith R. Ugone, Ph.D. in Response to the
Second Supplemental Expert Report of Dr. Oral Capps, Jr.
November 20, 2014

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Dallas, Texas on November 20, 2014.

Keith R. Ugone, Ph.D.
November 20, 2014

**Exhibit 1**

**Comparison of Regression Results**
**Dr. Capps' August 28, 2014 Report vs. Dr. Capps' November 13, 2014 Report**

Shelf Stable Vanilla

**August 28, 2014 Report**

| Variable | Coefficient | Std Error | t-Stabstic | Prob. |
|---|---|---|---|---|
| C | -3.706104 | 0.023370 | -158.5808 | 0.0000 |
| KIKKOMAN_PEARL | 0.129937 | 0.020245 | 6.418226 | 0.0000 |
| LIVING_HARVEST | 0.659037 | 0.017760 | 37.10693 | 0.0000 |
| PACIFIC | 0.420942 | 0.011483 | 36.65682 | 0.0000 |
| SOY_DREAM | 0.306687 | 0.010368 | 29.57935 | 0.0000 |
| WESTSOY | 0.179636 | 0.022067 | 8.140565 | 0.0000 |
| SO_DELICIOUS | 0.248952 | 0.026621 | 9.351810 | 0.0000 |
| SILK | 0.122222 | 0.012190 | 10.02636 | 0.0000 |
| LABELING_CLAIM | 0.904012 | 0.022711 | 39.84506 | 0.0000 |
| SIZE_11 | 0.116065 | 0.016713 | 6.944738 | 0.0000 |
| SIZE_32 | 0.045157 | 0.017929 | 2.518665 | 0.0118 |
| COCONUT | 0.011855 | 0.013487 | 0.878996 | 0.3794 |
| UNSWEETENED | 0.066989 | 0.031035 | 2.158471 | 0.0309 |
| PLUS | -9.90E-05 | 0.010635 | -0.009308 | 0.9926 |
| Q1 | -0.007796 | 0.011146 | -0.699510 | 0.4843 |
| Q2 | -0.017256 | 0.011465 | -1.505075 | 0.1324 |
| Q3 | -0.015440 | 0.016618 | -0.929144 | 0.3529 |
| YEAR_2009 | -0.030083 | 0.016934 | -1.776427 | 0.0757 |
| YEAR_2010 | 0.009011 | 0.015354 | 0.586876 | 0.5573 |
| YEAR_2011 | 0.008882 | 0.015407 | 0.576525 | 0.5643 |
| YEAR_2012 | -0.018751 | 0.015100 | -1.241828 | 0.2144 |

**November 13, 2014 Report**

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -3.514173 | 0.029137 | -120.6102 | 0.0000 |
| LABELING_CLAIM_WSBDP | | | | |
| SIZE_11 | 0.896574 | 0.023278 | 38.51644 | 0.0000 |
| SIZE_32 | 0.115783 | 0.016782 | 6.899141 | 0.0000 |
| COCONUT | 0.044564 | 0.019096 | 2.333639 | 0.0197 |
| ULTRA | 0.056163 | 0.016811 | 3.340906 | 0.0008 |
| PLUS | 0.067482 | 0.031208 | 2.162349 | 0.0306 |
| UNSWEETENED | 0.011651 | 0.013864 | 0.840356 | 0.4007 |
| Q1 | 6.70E-05 | 0.012564 | 0.005331 | 0.9957 |
| Q2 | -0.010221 | 0.013114 | -0.779382 | 0.4358 |
| Q3 | -0.019677 | 0.013548 | -1.452363 | 0.1465 |
| BLUE_DIAMOND | -0.175489 | 0.015598 | -11.25085 | 0.0000 |
| YEAR_2009 | -0.020558 | 0.019687 | -1.044206 | 0.2964 |
| YEAR_2010 | -0.039444 | 0.019568 | -2.015723 | 0.0439 |
| YEAR_2011 | -0.007338 | 0.017349 | -0.422990 | 0.6723 |
| YEAR_2012 | -0.011845 | 0.017192 | -0.688976 | 0.4909 |
| YEAR_2013 | -0.021902 | 0.016619 | -1.317910 | 0.1876 |
| SILK | -0.150906 | 0.025155 | -5.999108 | 0.0000 |
| LIVING_HARVEST | 0.478577 | 0.024911 | 19.21112 | 0.0000 |
| SOY_DREAM | 0.126137 | 0.020912 | 6.031878 | 0.0000 |
| SO_DELICIOUS | 0.067445 | 0.032300 | 2.088085 | 0.0368 |
| WESTSOY | -0.000527 | 0.028894 | -0.018232 | 0.9855 |

Shelf Stable Original

### August 28, 2014 Report

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -3.772614 | 0.019692 | -191.5833 | 0.0000 |
| KIKKOMAN_PEARL | 0.077763 | 0.017291 | 4.497191 | 0.0000 |
| LIVING_HARVEST | 0.593402 | 0.017175 | 34.55110 | 0.0000 |
| PACIFIC | 0.350502 | 0.015649 | 22.54113 | 0.0000 |
| SOY_DREAM | 0.320180 | 0.015557 | 20.58063 | 0.0000 |
| ALMOND_DREAM | 0.264174 | 0.022208 | 11.89523 | 0.0000 |
| WESTSOY | 0.082999 | 0.019162 | 4.331529 | 0.0000 |
| SO_DELICIOUS | 0.205002 | 0.017566 | 11.67016 | 0.0000 |
| SILK | 0.201132 | 0.014486 | 13.88431 | 0.0000 |
| LABELING_CLAIM | | | | |
| SIZE_11 | 0.938239 | 0.015434 | 60.78926 | 0.0000 |
| SIZE_32 | 0.211992 | 0.012560 | 16.87793 | 0.0000 |
| PLAIN | 0.064189 | 0.012871 | 4.987324 | 0.0000 |
| COCONUT | -0.129334 | 0.023028 | -5.616436 | 0.0000 |
| PLUS | 0.006843 | 0.025576 | 0.267553 | 0.7891 |
| UNSWEETENED | -0.015402 | 0.010740 | -1.434051 | 0.1516 |
| ALMOND | -0.096961 | 0.014373 | -6.746064 | 0.0000 |
| Q1 | -0.005428 | 0.008891 | -0.610456 | 0.5416 |
| Q2 | -0.016777 | 0.008796 | -1.907040 | 0.0566 |
| Q3 | -0.010747 | 0.008683 | -1.237642 | 0.2159 |
| YEAR_2009 | -0.032386 | 0.014655 | -2.209842 | 0.0271 |
| YEAR_2010 | -0.014448 | 0.013568 | -1.064884 | 0.2870 |
| YEAR_2011 | 0.014238 | 0.012638 | 1.126543 | 0.2600 |
| YEAR_2012 | 0.013635 | 0.012898 | 1.057177 | 0.2905 |
| YEAR_2013 | -0.011455 | 0.011606 | -0.987009 | 0.3237 |

### November 13, 2014 Report

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -3.613239 | 0.021919 | -164.8423 | 0.0000 |
| LABELING_CLAIM_WSBDP | | | | |
| SIZE_11 | 0.929422 | 0.015987 | 58.13529 | 0.0000 |
| SIZE_32 | 0.211885 | 0.012372 | 17.12511 | 0.0000 |
| PLAIN | 0.043693 | 0.014232 | 3.070086 | 0.0021 |
| COCONUT | -0.109482 | 0.024620 | -4.446832 | 0.0000 |
| PLUS | 0.014408 | 0.025035 | 0.575511 | 0.5650 |
| UNSWEETENED | -0.015383 | 0.010812 | -1.422822 | 0.1548 |
| ALMOND | 0.000852 | 0.018641 | 0.045686 | 0.9636 |
| Q1 | -0.006883 | 0.010124 | -0.679696 | 0.4966 |
| Q2 | -0.017712 | 0.009932 | -1.783416 | 0.0746 |
| Q3 | -0.010352 | 0.009927 | -1.042879 | 0.2970 |
| BLUE_DIAMOND | -0.067309 | 0.023876 | -2.819128 | 0.0048 |
| YEAR_2009 | -0.036060 | 0.016786 | -2.148147 | 0.0317 |
| YEAR_2010 | -0.017744 | 0.014937 | -1.187962 | 0.2349 |
| YEAR_2011 | -0.001192 | 0.014349 | -0.083095 | 0.9338 |
| YEAR_2012 | -0.005201 | 0.014312 | -0.363425 | 0.7163 |
| YEAR_2013 | -0.009623 | 0.012949 | -0.743119 | 0.4574 |
| SILK | -0.075344 | 0.014423 | -5.223781 | 0.0000 |
| LIVING_HARVEST | 0.442014 | 0.020847 | 21.20305 | 0.0000 |
| SOY_DREAM | 0.168638 | 0.019593 | 8.607139 | 0.0000 |
| SO_DELICIOUS | 0.065892 | 0.019074 | 3.454525 | 0.0006 |
| WESTSOY | -0.053159 | 0.020487 | -2.594743 | 0.0095 |

**Shelf Stable Chocolate**

### August 28, 2014 Report

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -3.609963 | 0.035391 | 102.0030 | 0.0000 |
| LABELING_CLAIM | ▮ | | | ▮ |
| KIKKOMAN_PEARL | 0.195074 | 0.018509 | 10.53970 | 0.0000 |
| SOY_DREAM | 0.306866 | 0.012980 | 23.64194 | 0.0000 |
| SILK | 0.446182 | 0.029759 | 14.99331 | 0.0000 |
| SIZE_11 | 0.736423 | 0.044733 | 16.46250 | 0.0000 |
| UNSWEETENED | 0.005003 | 0.019494 | 0.256641 | 0.7975 |
| Q1 | -0.010905 | 0.021053 | -0.517994 | 0.6045 |
| Q2 | -0.002042 | 0.022020 | -0.092735 | 0.9261 |
| Q3 | 0.001446 | 0.020955 | 0.068996 | 0.9450 |
| YEAR_2009 | -0.100639 | 0.034815 | -2.890697 | 0.0039 |
| YEAR_2010 | -0.095036 | 0.033199 | -2.862654 | 0.0042 |
| YEAR_2011 | -0.017766 | 0.037966 | -0.467961 | 0.6399 |
| YEAR_2012 | -0.019250 | 0.035381 | -0.544077 | 0.5865 |
| YEAR_2013 | -0.020131 | 0.033980 | -0.592425 | 0.5536 |

### November 13, 2014 Report

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -3.232542 | 0.051508 | -62.75815 | 0.0000 |
| LABELING_CLAIM_WSBD | ▮ | | | ▮ |
| SIZE_11 | 0.678409 | 0.045896 | 14.78138 | 0.0000 |
| Q1 | -0.018666 | 0.027664 | -0.674720 | 0.5000 |
| Q2 | -0.005379 | 0.028569 | -0.188276 | 0.8507 |
| Q3 | -0.002487 | 0.026398 | -0.094225 | 0.9249 |
| UNSWEETENED | 0.005003 | 0.023890 | 0.209412 | 0.8342 |
| YEAR_2009 | -0.190985 | 0.049316 | -3.872690 | 0.0001 |
| YEAR_2010 | -0.190670 | 0.048535 | -3.928507 | 0.0001 |
| YEAR_2011 | -0.105321 | 0.048369 | -2.177441 | 0.0296 |
| YEAR_2012 | -0.107963 | 0.047459 | -2.274883 | 0.0230 |
| YEAR_2013 | -0.048078 | 0.048973 | -0.981732 | 0.3264 |
| BLUE_DIAMOND | -0.168297 | 0.038799 | -4.337676 | 0.0000 |

Refrigerated Vanilla

**August 28, 2014 Report**

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -4.273670 | 0.015782 | -270.7894 | 0.0000 |
| LABELING_CLAIM | | | | |
| SILK | 0.181555 | 0.013505 | 13.44318 | 0.0000 |
| SO_DELICIOUS | 0.255339 | 0.021818 | 11.70318 | 0.0000 |
| ALMOND | -0.039407 | 0.008111 | -4.858488 | 0.0000 |
| EIGHTH_CONTINENT | 0.096753 | 0.009379 | 10.20922 | 0.0000 |
| FAT_FREE | 0.018099 | 0.010863 | 1.666144 | 0.0957 |
| LACTOSE_FREE | -0.057185 | 0.009954 | -5.743080 | 0.0000 |
| LIGHT | -0.016750 | 0.009490 | -1.765042 | 0.0776 |
| COCONUT | 0.034871 | 0.010150 | 3.435421 | 0.0006 |
| UNSWEETENED | 0.018301 | 0.012230 | 1.496386 | 0.1346 |
| VERY_VANILLA | -0.026801 | 0.008944 | -2.996573 | 0.0027 |
| YEAR_2009 | 0.067739 | 0.011386 | 5.943091 | 0.0000 |
| YEAR_2010 | 0.023455 | 0.011561 | 2.028740 | 0.0425 |
| YEAR_2011 | 0.017321 | 0.009953 | 1.740285 | 0.0819 |
| YEAR_2012 | 0.000550 | 0.009782 | 0.056271 | 0.9551 |
| YEAR_2013 | -0.017154 | 0.010437 | -1.643561 | 0.1003 |
| Q1 | 0.007146 | 0.005849 | 1.221787 | 0.2218 |
| Q2 | -0.004052 | 0.006247 | -0.648640 | 0.5166 |
| Q3 | -0.008550 | 0.005922 | -1.105036 | 0.2688 |
| SIZE_32 | 0.809141 | 0.008801 | 91.93910 | 0.0000 |
| SIZE_64 | 0.342633 | 0.009820 | 34.89057 | 0.0000 |
| SIZE_86 | 0.313816 | 0.028468 | 11.02346 | 0.0000 |
| SIZE_128 | 0.228537 | 0.008645 | 26.43686 | 0.0000 |

**November 13, 2014 Report**

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -4.017966 | 0.020509 | -195.9127 | 0.0000 |
| LABELING_CLAIM_WSBD | | | | |
| ALMOND | -0.012593 | 0.008051 | -1.564136 | 0.1179 |
| FAT_FREE | -0.174835 | 0.019053 | -9.176183 | 0.0000 |
| LACTOSE_FREE | -0.139980 | 0.017651 | -7.930603 | 0.0000 |
| LIGHT | 0.010154 | 0.009361 | 1.084697 | 0.2781 |
| COCONUT | 0.065146 | 0.010682 | 6.098920 | 0.0000 |
| UNSWEETENED | 0.020610 | 0.014909 | 1.382348 | 0.1669 |
| VERY_VANILLA | 0.002090 | 0.009004 | 0.232112 | 0.8165 |
| Q1 | 0.002614 | 0.006815 | 0.383484 | 0.7014 |
| Q2 | -0.006227 | 0.007375 | -0.844411 | 0.3985 |
| Q3 | -0.007884 | 0.007142 | -1.103966 | 0.2697 |
| SIZE_32 | 0.809141 | 0.009807 | 82.51002 | 0.0000 |
| SIZE_64 | 0.313742 | 0.010062 | 31.17999 | 0.0000 |
| SIZE_86 | 0.285043 | 0.030489 | 9.349105 | 0.0000 |
| SIZE_128 | 0.225655 | 0.008987 | 25.10994 | 0.0000 |
| BLUE_DIAMOND | -0.188746 | 0.021812 | -8.653334 | 0.0000 |
| YEAR_2009 | 0.022943 | 0.014909 | 1.538890 | 0.1239 |
| YEAR_2010 | -0.021559 | 0.014560 | -1.480686 | 0.1388 |
| YEAR_2011 | -0.025095 | 0.012078 | -2.077719 | 0.0378 |
| YEAR_2012 | -0.037638 | 0.012322 | -3.054554 | 0.0023 |
| YEAR_2013 | -0.019663 | 0.009862 | -1.993879 | 0.0462 |

**Refrigerated Original**

<table>
<tr><td colspan="5"><strong>August 28, 2014 Report</strong></td></tr>
<tr><th>Variable</th><th>Coefficient</th><th>Std. Error</th><th>t-Statistic</th><th>Prob.</th></tr>
<tr><td>C</td><td>-4.208624</td><td>0.015513</td><td>-271.2943</td><td>0.0000</td></tr>
<tr><td>LABELING_CLAIM</td><td></td><td></td><td></td><td></td></tr>
<tr><td>Q1</td><td>0.005598</td><td>0.006280</td><td>0.891383</td><td>0.3728</td></tr>
<tr><td>Q2</td><td>-0.003316</td><td>0.005905</td><td>-0.561477</td><td>0.5745</td></tr>
<tr><td>Q3</td><td>0.003879</td><td>0.005611</td><td>0.891432</td><td>0.4893</td></tr>
<tr><td>YEAR_2009</td><td>0.061700</td><td>0.010345</td><td>5.964056</td><td>0.0000</td></tr>
<tr><td>YEAR_2010</td><td>0.010363</td><td>0.009487</td><td>1.092295</td><td>0.2748</td></tr>
<tr><td>YEAR_2011</td><td>0.025122</td><td>0.008117</td><td>3.095082</td><td>0.0020</td></tr>
<tr><td>YEAR_2012</td><td>-0.005996</td><td>0.009072</td><td>-0.660978</td><td>0.5087</td></tr>
<tr><td>YEAR_2013</td><td>-0.017897</td><td>0.009411</td><td>-1.880467</td><td>0.0601</td></tr>
<tr><td>ALMOND</td><td>0.006112</td><td>0.009093</td><td>0.672100</td><td>0.5016</td></tr>
<tr><td>UNSWEETENED</td><td>-0.014783</td><td>0.008837</td><td>-1.672704</td><td>0.0944</td></tr>
<tr><td>LIGHT</td><td>0.004823</td><td>0.006778</td><td>0.711591</td><td>0.4768</td></tr>
<tr><td>SILK</td><td>0.095754</td><td>0.014456</td><td>6.623048</td><td>0.0000</td></tr>
<tr><td>LACTOSE_FREE</td><td>-0.002678</td><td>0.011171</td><td>-0.239741</td><td>0.8105</td></tr>
<tr><td>EIGHTH_CONTINENT</td><td>0.050639</td><td>0.011266</td><td>4.494733</td><td>0.0000</td></tr>
<tr><td>SO_DELICIOUS</td><td>0.281518</td><td>0.023080</td><td>12.19746</td><td>0.0000</td></tr>
<tr><td>SIZE_32</td><td>0.793484</td><td>0.009605</td><td>82.60847</td><td>0.0000</td></tr>
<tr><td>SIZE_64</td><td>0.287285</td><td>0.008267</td><td>34.75277</td><td>0.0000</td></tr>
<tr><td>SIZE_128</td><td>0.191716</td><td>0.008202</td><td>23.37293</td><td>0.0000</td></tr>
<tr><td>FAT_FREE</td><td>0.009954</td><td>0.013548</td><td>0.734727</td><td>0.4625</td></tr>
</table>

<table>
<tr><td colspan="5"><strong>November 13, 2014 Report</strong></td></tr>
<tr><th>Variable</th><th>Coefficient</th><th>Std. Error</th><th>t-Statistic</th><th>Prob.</th></tr>
<tr><td>C</td><td>-4.011211</td><td>0.020933</td><td>-191.6257</td><td>0.0000</td></tr>
<tr><td>LABELING_CLAIM_WSBD</td><td></td><td></td><td></td><td></td></tr>
<tr><td>Q1</td><td>0.000337</td><td>0.007408</td><td>0.045540</td><td>0.9637</td></tr>
<tr><td>Q2</td><td>-0.005305</td><td>0.007789</td><td>-0.681116</td><td>0.4958</td></tr>
<tr><td>Q3</td><td>0.004797</td><td>0.007369</td><td>0.650912</td><td>0.5151</td></tr>
<tr><td>ALMOND</td><td>0.015035</td><td>0.008672</td><td>1.733618</td><td>0.0831</td></tr>
<tr><td>UNSWEETENED</td><td>-0.019258</td><td>0.010577</td><td>-1.820760</td><td>0.0687</td></tr>
<tr><td>COCONUT</td><td>0.015668</td><td>0.008179</td><td>1.915732</td><td>0.0555</td></tr>
<tr><td>LIGHT</td><td>-0.058147</td><td>0.012629</td><td>-4.604370</td><td>0.0000</td></tr>
<tr><td>LACTOSE_FREE</td><td>-0.107901</td><td>0.017652</td><td>-6.112749</td><td>0.0000</td></tr>
<tr><td>FAT_FREE</td><td>-0.167405</td><td>0.018073</td><td>-9.262497</td><td>0.0000</td></tr>
<tr><td>SIZE_32</td><td>0.798062</td><td>0.009008</td><td>88.59955</td><td>0.0000</td></tr>
<tr><td>SIZE_64</td><td>0.298471</td><td>0.008055</td><td>37.05247</td><td>0.0000</td></tr>
<tr><td>SIZE_128</td><td>0.191703</td><td>0.007590</td><td>25.25813</td><td>0.0000</td></tr>
<tr><td>BLUE_DIAMOND</td><td>-0.195573</td><td>0.025853</td><td>-7.564736</td><td>0.0000</td></tr>
<tr><td>YEAR_2009</td><td>0.015029</td><td>0.017638</td><td>0.852046</td><td>0.3942</td></tr>
<tr><td>YEAR_2010</td><td>-0.035281</td><td>0.016137</td><td>-2.186332</td><td>0.0288</td></tr>
<tr><td>YEAR_2011</td><td>-0.013408</td><td>0.014153</td><td>-0.947408</td><td>0.3435</td></tr>
<tr><td>YEAR_2012</td><td>-0.032766</td><td>0.013790</td><td>-2.376136</td><td>0.0175</td></tr>
<tr><td>YEAR_2013</td><td>-0.021174</td><td>0.011284</td><td>-1.876543</td><td>0.0606</td></tr>
</table>

**Refrigerated Chocolate**

**August 28, 2014 Report**

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -3.947923 | 0.019900 | -198.3913 | 0.0000 |
| SIZE_32 | 0.515843 | 0.007931 | 65.04404 | 0.0000 |
| LABELING_CLAIM | | | | |
| SILK | 0.102939 | 0.028252 | 3.643604 | 0.0003 |
| HOOD | 0.171166 | 0.024712 | 6.926493 | 0.0000 |
| EIGHTH_CONTINENT | 0.068962 | 0.023753 | 2.903302 | 0.0037 |
| ALMOND | -0.015336 | 0.009845 | -1.557759 | 0.1194 |
| REDUCED_FAT | 0.060344 | 0.018241 | 3.308231 | 0.0010 |
| MINT | -0.127937 | 0.046619 | -2.744339 | 0.0061 |
| LIGHT | 0.005484 | 0.008795 | 0.623612 | 0.5329 |
| LACTOSE_FREE | 0.028606 | 0.022473 | 1.272899 | 0.2032 |
| YEAR_2009 | 0.046118 | 0.012795 | 3.604445 | 0.0003 |
| YEAR_2010 | -0.001220 | 0.011558 | -0.105517 | 0.9160 |
| YEAR_2011 | 0.010383 | 0.011785 | 0.880993 | 0.3784 |
| YEAR_2012 | 0.003792 | 0.012040 | 0.314944 | 0.7528 |
| YEAR_2013 | -0.017562 | 0.010944 | -1.604786 | 0.1087 |
| Q1 | -0.008414 | 0.009101 | -0.924481 | 0.3553 |
| Q2 | -0.015142 | 0.008275 | -1.829802 | 0.0674 |
| Q3 | -0.005423 | 0.007393 | -0.733451 | 0.4634 |

**November 13, 2014 Report**

| Variable | Coefficient | Std. Error | t-Statistic | Prob. |
|---|---|---|---|---|
| C | -3.852642 | 0.024263 | -158.7841 | 0.0000 |
| SIZE_32 | 0.521784 | 0.008717 | 59.85585 | 0.0000 |
| LABELING_CLAIM_WSBD | | | | |
| ALMOND | -0.008225 | 0.010365 | -0.793563 | 0.4275 |
| REDUCED_FAT | 0.057175 | 0.018175 | 3.145809 | 0.0017 |
| MINT | -0.126236 | 0.045742 | -2.759709 | 0.0058 |
| LIGHT | 0.011425 | 0.009119 | 1.252920 | 0.2104 |
| LACTOSE_FREE | 0.036096 | 0.020040 | 1.801203 | 0.0718 |
| Q1 | -0.013254 | 0.010485 | -1.264099 | 0.2064 |
| Q2 | -0.014349 | 0.008350 | -1.718500 | 0.0859 |
| Q3 | -0.010326 | 0.008110 | -1.273343 | 0.2031 |
| BLUE_DIAMOND | 0.016851 | 0.038651 | 0.435986 | 0.6629 |
| YEAR_2009 | 0.025839 | 0.015558 | 1.660763 | 0.0969 |
| YEAR_2010 | -0.031117 | 0.015308 | -2.032716 | 0.0422 |
| YEAR_2011 | -0.015781 | 0.017165 | -0.919359 | 0.3580 |
| YEAR_2012 | -0.026214 | 0.018153 | -1.444005 | 0.1489 |
| YEAR_2013 | -0.023033 | 0.011946 | -1.928060 | 0.0540 |

Notes:

1. Highlighting is as it appears in Dr. Capps' regression results.

2. Variables encased in red boxes were included in Dr. Capps' original regression models, but were subsequently excluded from Dr. Capps' updated regression models. Dr. Capps failed to disclose these changes in the narrative to the Capps Second Supplemental Report.

Exhibit 2

**Comparison of Dr. Capps' Calculated Labeling Claim Coefficient**
**Dr. Capps' Original Regression Analysis vs. Dr. Capps' Updated Regression Analysis**

| Regression Model | Labeling Claim Coefficient | | |
| --- | --- | --- | --- |
| | Capps Original Analysis | Capps Updated Analysis | Percent Change |
| | [A] | [B] | [C] |
| Shelf Stable - Vanilla | ▇ | ▇ | ▇ |
| Shelf Stable - Original | ▇ | ▇ | ▇ |
| Shelf Stable - Chocolate | ▇ | ▇ | ▇ |
| Refrigerated - Vanilla | ▇ | ▇ | ▇ |
| Refrigerated - Original | ▇ | ▇ | ▇ |
| Refrigerated - Chocolate | ▇ | ▇ | ▇ |

Notes:

[A]  Dr. Capps' Labeling Claim coefficients as presented in the Expert Report of Dr. Oral Capps, Jr. dated August 28, 2014, Exhibits F-1 through G-3.

[B]  Dr. Capps' Labeling Claim coefficients as presented in the Second Supplemental Expert Report of Dr. Oral Capps, Jr. dated November 13, 2014, Exhibits 1(a) through 1(f).  In these exhibits, Dr. Capps calls his Labeling Claim variable "LABELING_CLAIM_WSBDP" or "LABELING_CLAIM_WSBD," depending on the regression model.

[C]  Equal to ( B - A ) / A.

**Exhibit 3**

**Analysis of the Impact of Adjusting Dr. Capps' Regression Analysis to Include Only a Single Brand as the Reference Category on the Coefficient of Dr. Capps' Labeling Claim Variable**

**Shelf Stable - Vanilla**

| Variable | Capps Updated Model | | Capps Updated Model with Only Pacific as Omitted Brand Variable | |
|---|---|---|---|---|
| | Coefficient | Prob | Coefficient | Prob |
| C | (3.51417) | 0 | (3.26778) | <.0001 |
| LABELING_CLAIM_WSBDP | | | | |
| SIZE_11 | 0.89657 | 0 | 0.90656 | <.0001 |
| SIZE_32 | 0.11578 | 0 | 0.11532 | <.0001 |
| COCONUT | 0.04456 | 0.0197 | 0.04770 | 0.0091 |
| ULTRA | 0.05616 | 0.0008 | 0.03056 | 0.0718 |
| PLUS | 0.06748 | 0.0306 | 0.06691 | 0.0315 |
| UNSWEETENED | 0.01165 | 0.4007 | 0.01150 | 0.3871 |
| Q1 | 6.70E-05 | 0.9957 | (0.00289) | 0.8131 |
| Q2 | (0.01022) | 0.4358 | (0.00950) | 0.4576 |
| Q3 | (0.01968) | 0.1465 | (0.01966) | 0.1375 |
| BLUE_DIAMOND | (0.17549) | 0 | (0.20088) | <.0001 |
| YEAR_2009 | (0.02056) | 0.2964 | (0.00939) | 0.6214 |
| YEAR_2010 | (0.03944) | 0.0439 | (0.02839) | 0.1417 |
| YEAR_2011 | (0.00734) | 0.6723 | 0.01086 | 0.5217 |
| YEAR_2012 | (0.01185) | 0.4909 | 0.00725 | 0.6704 |
| YEAR_2013 | (0.02190) | 0.1876 | (0.02183) | 0.1778 |
| SILK | (0.15091) | 0 | (0.30062) | <.0001 |
| LIVING_HARVEST | 0.47858 | 0 | 0.22234 | <.0001 |
| SOY_DREAM | 0.12614 | 0 | (0.13025) | <.0001 |
| SO_DELICIOUS | 0.06745 | 0.0368 | (0.18577) | <.0001 |
| WESTSOY | (0.00053) | 0.9855 | (0.25710) | <.0001 |
| KIKKOMAN_PEARL | N/A | N/A | (0.30676) | <.0001 |

## Shelf Stable - Original

| Variable | Capps Updated Model | | Capps Updated Model with Only Pacific as Omitted Brand Variable | |
|---|---|---|---|---|
| | Coefficient | Prob | Coefficient | Prob |
| C | (3.61324) | 0 | (3.40912) | <.0001 |
| LABELING_CLAIM_WSBDP | | | | |
| SIZE_11 | 0.92942 | 0 | 0.94319 | <.0001 |
| SIZE_32 | 0.21189 | 0 | 0.21145 | <.0001 |
| PLAIN | 0.04369 | 0.0021 | 0.06402 | <.0001 |
| COCONUT | (0.10948) | 0 | (0.12470) | <.0001 |
| PLUS | 0.01441 | 0.565 | 0.00489 | 0.8405 |
| UNSWEETENED | (0.01538) | 0.1548 | (0.01531) | 0.1414 |
| ALMOND | 0.00085 | 0.9636 | (0.09788) | <.0001 |
| Q1 | (0.00688) | 0.4966 | (0.00763) | 0.4203 |
| Q2 | (0.01771) | 0.0746 | (0.01850) | 0.0441 |
| Q3 | (0.01035) | 0.297 | (0.01089) | 0.2443 |
| BLUE_DIAMOND | (0.06731) | 0.0048 | (0.01110) | 0.5861 |
| YEAR_2009 | (0.03606) | 0.0317 | (0.01799) | 0.2409 |
| YEAR_2010 | (0.01774) | 0.2349 | (0.00121) | 0.9326 |
| YEAR_2011 | (0.00119) | 0.9338 | 0.02021 | 0.1315 |
| YEAR_2012 | (0.00520) | 0.7163 | 0.01708 | 0.2122 |
| YEAR_2013 | (0.00962) | 0.4574 | (0.00977) | 0.4027 |
| SILK | (0.07534) | 0 | (0.15422) | <.0001 |
| LIVING_HARVEST | 0.44201 | 0 | 0.22450 | <.0001 |
| SOY_DREAM | 0.16864 | 0 | (0.04898) | 0.0253 |
| SO_DELICIOUS | 0.06589 | 0.0006 | (0.16066) | <.0001 |
| WESTSOY | (0.05316) | 0.0095 | (0.28646) | <.0001 |
| KIKKOMAN_PEARL | N/A | N/A | (0.29110) | <.0001 |
| ALMOND_DREAM | N/A | N/A | (0.10354) | 0.0001 |

**Shelf Stable - Chocolate**

| Variable | Capps Updated Model | | Capps Updated Model with Only Silk as Omitted Brand Variable | |
|---|---|---|---|---|
| | Coefficient | Prob | Coefficient | Prob |
| C | (3.23254) | 0 | (3.10537) | <.0001 |
| LABELING_CLAIM_WSBD | | | | |
| SIZE_11 | 0.67841 | 0 | 0.75482 | <.0001 |
| Q1 | (0.01867) | 0.5 | (0.01208) | 0.6324 |
| Q2 | (0.00538) | 0.8507 | 0.00083 | 0.9754 |
| Q3 | (0.00249) | 0.9249 | 0.00220 | 0.9307 |
| UNSWEETENED | 0.00500 | 0.8342 | 0.00500 | 0.8021 |
| YEAR_2009 | (0.19099) | 0.0001 | (0.07622) | 0.0507 |
| YEAR_2010 | (0.19067) | 0.0001 | (0.07586) | 0.0418 |
| YEAR_2011 | (0.10532) | 0.0296 | 0.00946 | 0.8161 |
| YEAR_2012 | (0.10796) | 0.023 | 0.00676 | 0.8621 |
| YEAR_2013 | (0.04808) | 0.3264 | (0.02496) | 0.5398 |
| BLUE_DIAMOND | (0.16830) | 0 | (0.14205) | 0.0005 |
| KIKKOMAN_PEARL | N/A | N/A | (0.32998) | <.0001 |
| SOY_DREAM | N/A | N/A | (0.21517) | <.0001 |

### Refrigerated - Vanilla

| Variable | Capps Updated Model | | Capps Updated Model with Only Silk as Omitted Brand Variable | |
|---|---|---|---|---|
| | Coefficient | Prob | Coefficient | Prob |
| C | (4.01797) | 0 | (4.08502) | <.0001 |
| LABELING_CLAIM_WSBD | | | | |
| ALMOND | (0.01259) | 0.1179 | (0.04221) | <.0001 |
| FAT_FREE | (0.17484) | 0 | (0.16534) | <.0001 |
| LACTOSE_FREE | (0.13998) | 0 | (0.05835) | <.0001 |
| LIGHT | 0.01015 | 0.2781 | (0.01796) | 0.0519 |
| COCONUT | 0.06515 | 0 | 0.03170 | 0.0012 |
| UNSWEETENED | 0.02061 | 0.1669 | 0.01860 | 0.1343 |
| VERY_VANILLA | 0.00209 | 0.8165 | (0.02788) | 0.0013 |
| Q1 | 0.00261 | 0.7014 | 0.00453 | 0.4691 |
| Q2 | (0.00623) | 0.3985 | (0.00573) | 0.389 |
| Q3 | (0.00788) | 0.2697 | (0.00781) | 0.2296 |
| SIZE_32 | 0.80914 | 0 | 0.80914 | <.0001 |
| SIZE_64 | 0.31374 | 0 | 0.34371 | <.0001 |
| SIZE_86 | 0.28504 | 0 | 0.31380 | <.0001 |
| SIZE_128 | 0.22566 | 0 | 0.22845 | <.0001 |
| BLUE_DIAMOND | (0.18875) | 0 | (0.08963) | <.0001 |
| YEAR_2009 | 0.02294 | 0.1239 | 0.06032 | 0.0003 |
| YEAR_2010 | (0.02156) | 0.1388 | 0.01365 | 0.4126 |
| YEAR_2011 | (0.02510) | 0.0378 | 0.01132 | 0.4457 |
| YEAR_2012 | (0.03764) | 0.0023 | (0.00065) | 0.9652 |
| YEAR_2013 | (0.01966) | 0.0462 | (0.01856) | 0.0824 |
| SO_DELICIOUS | N/A | N/A | 0.07094 | 0.0042 |
| EIGHTH_CONTINENT | N/A | N/A | (0.08649) | <.0001 |

**Refrigerated - Original**

| Variable | Capps Updated Model | | Capps Updated Model with Only Silk as Omitted Brand Variable | |
|---|---|---|---|---|
| | Coefficient | Prob | Coefficient | Prob |
| C | (4.01121) | 0 | (4.07848) | <.0001 |
| LABELING_CLAIM_WSBD | | | | |
| Q1 | 0.00034 | 0.9637 | 0.00216 | 0.7357 |
| Q2 | (0.00531) | 0.4958 | (0.00417) | 0.4855 |
| Q3 | 0.00480 | 0.5151 | 0.00486 | 0.3739 |
| ALMOND | 0.01504 | 0.0831 | (0.00164) | 0.7671 |
| UNSWEETENED | (0.01926) | 0.0687 | (0.01615) | 0.0798 |
| COCONUT | 0.01567 | 0.0555 | 0.02120 | 0.003 |
| LIGHT | (0.05815) | 0 | (0.00353) | 0.5525 |
| LACTOSE_FREE | (0.10790) | 0 | (0.02560) | 0.0048 |
| FAT_FREE | (0.16741) | 0 | (0.11079) | <.0001 |
| SIZE_32 | 0.79806 | 0 | 0.79180 | <.0001 |
| SIZE_64 | 0.29847 | 0 | 0.29049 | <.0001 |
| SIZE_128 | 0.19170 | 0 | 0.19173 | <.0001 |
| BLUE_DIAMOND | (0.19557) | 0 | (0.08251) | <.0001 |
| YEAR_2009 | 0.01503 | 0.3942 | 0.04453 | 0.0032 |
| YEAR_2010 | (0.03528) | 0.0288 | (0.00787) | 0.5768 |
| YEAR_2011 | (0.01341) | 0.3435 | 0.01311 | 0.3123 |
| YEAR_2012 | (0.03277) | 0.0175 | (0.01683) | 0.2175 |
| YEAR_2013 | (0.02117) | 0.0606 | (0.02311) | 0.023 |
| EIGHTH_CONTINENT | N/A | N/A | (0.05756) | <.0001 |
| SO_DELICIOUS | N/A | N/A | 0.16101 | <.0001 |

**Refrigerated - Chocolate**

| Variable | Capps Updated Model | | Capps Updated Model with Only Silk as Omitted Brand Variable | |
|---|---|---|---|---|
| | Coefficient | Prob | Coefficient | Prob |
| C | (3.85264) | 0 | (3.83967) | <.0001 |
| SIZE_32 | 0.52178 | 0 | 0.51584 | <.0001 |
| LABELING_CLAIM_WSBD | | | | |
| ALMOND | (0.00823) | 0.4275 | (0.01468) | 0.143 |
| REDUCED_FAT | 0.05718 | 0.0017 | 0.06172 | 0.0022 |
| MINT | (0.12624) | 0.0058 | (0.12571) | 0.0012 |
| LIGHT | 0.01143 | 0.2104 | 0.00548 | 0.5301 |
| LACTOSE_FREE | 0.03610 | 0.0718 | 0.03074 | 0.1705 |
| Q1 | (0.01325) | 0.2064 | (0.01229) | 0.279 |
| Q2 | (0.01435) | 0.0859 | (0.01350) | 0.1258 |
| Q3 | (0.01033) | 0.2031 | (0.01011) | 0.2345 |
| BLUE_DIAMOND | 0.01685 | 0.6629 | 0.02806 | 0.5053 |
| YEAR_2009 | 0.02584 | 0.0969 | 0.04509 | 0.0949 |
| YEAR_2010 | (0.03112) | 0.0422 | (0.01166) | 0.658 |
| YEAR_2011 | (0.01578) | 0.358 | 0.00382 | 0.8877 |
| YEAR_2012 | (0.02621) | 0.1489 | (0.00728) | 0.7932 |
| YEAR_2013 | (0.02303) | 0.054 | (0.02055) | 0.0841 |
| EIGHTH_CONTINENT | N/A | N/A | (0.03291) | 0.3278 |

Notes:
Variables highlighted above are those that Dr. Capps excluded from his updated regression analyses, yet included in his original regression analysis. Dr. Capps failed to disclose these changes to his regression methodology in the narrative in the Capps Second Supplemental Report.