UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS WERDEBAUGH,<br><br>          Plaintiff,<br><br>     v.<br><br>BLUE DIAMOND GROWERS,<br><br>          Defendant. | Case No.:12-CV-02724-LHK<br><br>**ORDER RE EXPEDITED BRIEFING**<br><br>Re: Dkt. No. 197 |

On January 29, 2015, Plaintiff filed a motion for voluntary dismissal of this action with prejudice. ECF No. 197. In light of the pending motion for summary judgment, ECF No. 166, which is set for hearing on February 5, 2015, the Court orders Defendant to file a response to Plaintiff's motion for voluntary dismissal by no later than February 2, 2015.

**IT IS SO ORDERED.**

Dated: January 29, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-02724-LHK
ORDER RE EXPEDITED BRIEFING